# EXHIBIT A

## 6-Year Fraudulent Conveyances

**Mullaney Salary and Bonus Payments**

| Payment Date | Payment Type | Amount |
|---|---|---|
| Dec-11 | Salary | 275,000.00 |
| Jan-12 | Salary | 24,583.00 |
| Feb-12 | Salary | 24,583.00 |
| Mar-12 | Salary | 24,583.00 |
| Apr-12 | Salary | 24,583.00 |
| May-12 | Salary | 24,583.00 |
| Jun-12 | Salary | 214,583.00 |
| Jul-12 | Salary | 39,583.00 |
| Aug-12 | Salary | 39,583.00 |
| Sep-12 | Salary | 39,583.00 |
| Oct-12 | Salary | 18,750.00 |
| Jan-13 | Salary | 136,083.00 |
| Feb-13 | Salary | 39,583.00 |
| Mar-13 | Salary | 39,583.00 |
| Apr-13 | Salary | 39,583.00 |
| May-13 | Salary | 39,583.00 |
| Jun-13 | Salary | 39,583.00 |
| Jul-13 | Salary | 39,583.00 |
| Jul-13 | Bonus | 250,000.00 |
| Aug-13 | Salary | 39,583.00 |
| Sep-13 | Salary | 39,583.00 |
| Oct-13 | Salary | 22,250.00 |
| Jan-14 | Salary | 136,083.00 |
| Feb-14 | Salary | 39,583.00 |
| Mar-14 | Salary | 39,583.00 |
| Apr-14 | Salary | 189,583.00 |
| Jul-14 | Bonus | 250,000.00 |
| May-15 | Salary | 50,000.00 |
| Jun-15 | Salary | 425,000.00 |
| Jan-15 | Salary | 39,583.00 |
| Feb-15 | Salary | 30,583.00 |
| Jul-15 | Bonus | 200,000.00 |
| Jun-16 | Salary (per Employment Agreement) | 475,000.00 |
| Jul-16 | Bonus (per Employment Agreement) | 250,000.00 |
| **TOTAL** | | **3,599,992.00** |

**Life Insurance Premium Payments**

| Payment Date | Payment Type | Amount |
|---|---|---|
| 11/12/2014 | The US Life Insurance Co. | 3,735.00 |
| 10/26/2015 | The US Life Insurance Co. | 326.81 |
| 11/14/2015 | The US Life Insurance Co. | 326.81 |
| 12/11/2015 | The US Life Insurance Co. | 326.81 |
| 01/14/2016 | The US Life Insurance Co. | 326.81 |
| 02/13/2016 | The US Life Insurance Co. | 326.81 |
| 03/12/2016 | The US Life Insurance Co. | 326.81 |
| 03/18/2016 | Lincoln National Life Insurance Company | 4,945.03 |
| 09/20/2016 | Lincoln National Life Insurance Company | 4,945.03 |
| **TOTAL** | | **6,579.08** |

**Other Expenses**

| Payment Date | Ledger Note | Amount |
|---|---|---|
| 10/08/2014 | Reimbursement of personal expense on AmEx card 10/2/14 | 5,994.40 |
| 12/31/2014 | Reimbursed personal expense | 180.00 |
| 08/15/2016 | Reimbursed out of pocket expenses | 2,194.00 |
| 8/16/2016 | Payment of personal legal bill taken as a deduction from salary | 378.63 |
| 10/19/2016 | Payment of personal travel expense taken as a deduction from salary | 8,333.33 |
| 10/31/2016 | Payment of personal expense taken as a deduction from salary | 500.00 |
| **TOTAL** | | **11,585.96** |

**American Express Expenses**

| Payment Date Range | Payment Type | Amount |
|---|---|---|
| 12/28/2012 - 12/27/2013 | American Express | 154,595.35 |
| 12/28/2013 - 12/23/2014 | American Express | 129,728.57 |
| 12/24/2014 - 12/27/2015 | American Express | 133,955.42 |
| 12/28/2015 - 12/27/2016 | American Express | 117,315.62 |
| **TOTAL** | | **535,594.96** |

**Mullaney Legal Fees**

| Payment Date | Law Firm / Ledger Note | Amount |
|---|---|---|
| 12/31/2012 | Kaplan & Levenson P.C. / ST complaint | 2,115.50 |
| 1/8/2013 | Copilevitz & Canter, LLC / ST complaint | 2,250.00 |
| 1/13/2013 | Kaplan & Levenson P.C. /Professional services ST | 309.00 |

| Date | Description | Amount |
|---|---|---|
| 2/26/2013 | Jones Day / Legal services through Jan. 31, 2013 | 34,625.00 |
| 3/20/2013 | Jones Day / ST vs Mullaney through Feb. 28, 2013 | 17,437.84 |
| 4/16/2013 | Jones Day / ST vs Mullaney | 11,308.64 |
| 5/14/2013 | Jones Day / ST vs Mullaney | 34,559.72 |
| 6/18/2013 | Jones Day / Professional services May 13 | 46,604.14 |
| 7/25/2013 | Kravet & Vogel, LLP / ST vs Ferris | 8,024.00 |
| 8/12/2013 | Kravet & Vogel, LLP / July 13 ST vs Ferris - Subpoena Dispute | 17,864.78 |
| 8/15/2013 | Jones Day / Legal services through July 31, 2013 | 17,376.35 |
| 8/21/2013 | Jones Day | 82,053.76 |
| 9/11/2013 | Jones Day / Legal services through Aug. 31, 2013 | 1,392.00 |
| 9/20/2013 | Kravet & Vogel, LLP / Aug.13 ST vs Ferris - Subpoena Dispute | 8,212.13 |
| 10/21/2013 | Kravet & Vogel, LLP / Sep.13 ST vs Ferris - Subpoena Dispute | 1,482.34 |
| 11/21/2013 | Kravet & Vogel, LLP / Oct.13 ST vs Ferris - Subpoena Dispute | 1,020.00 |
| 12/03/2013 | Kravet & Vogel, LLP / Nov.13 ST vs Ferris - Subpoena Dispute Appeal | 14,478.03 |
| 1/13/2014 | Kravet & Vogel, LLP / Dec.13 ST vs Ferris - Subpoena Dispute Appeal | 3,570.84 |
| 1/31/2014 | Kaplan Kravet & Vogel P.C. / Jan.14 Mullaney Subpoena ST v Ferris | 377.75 |
| 2/28/2014 | Kaplan Kravet & Vogel P.C. / Feb.14 ST vs Mullaney | 4,216.00 |
| 2/28/2014 | Kaplan Kravet & Vogel P.C. / Feb.14 Mullaney Subpoena ST v Ferris | 485.04 |
| 3/31/2014 | Kaplan Kravet & Vogel P.C. / Mar.14 ST vs Mullaney | 50.50 |
| 4/30/2014 | Kaplan Kravet & Vogel P.C. / Apr.14 ST vs Mullaney | 510.00 |
| 5/31/2014 | Kaplan Kravet & Vogel P.C. / May 14 Mullaney Subpoena ST v Ferris | 238.00 |
| 5/31/2014 | Kaplan Kravet & Vogel P.C. / May 14 ST vs Mullaney | 676.25 |
| 6/30/2014 | Kaplan Kravet & Vogel P.C. / Jun. 14 Mullaney Subpoena ST v Ferris | 374.00 |
| 6/30/2014 | Kaplan Kravet & Vogel P.C. / Jun. 14 ST vs Mullaney | 1,115.38 |
| 7/31/2014 | Kaplan Kravet & Vogel P.C. / ST vs Mullaney | 1,703.00 |
| 7/31/2014 | Kaplan Kravet & Vogel P.C. / Mullaney subpoena ST vs Ferris | 1,423.75 |
| 8/31/2014 | Kaplan Kravet & Vogel P.C. / ST vs Mullaney | 136.00 |

| Date | Description | Amount |
|---|---|---:|
| 10/31/2014 | Kaplan Kravet & Vogel P.C. / ST vs Mullaney | 580.72 |
| 11/30/2014 | Kaplan Kravet & Vogel P.C. / ST vs Mullaney | 272.00 |
| 11/30/2014 | Kaplan Kravet & Vogel P.C. / ST vs Ferris | 408.00 |
| 2/28/2015 | Kaplan Kravet & Vogel P.C. / ST vs Mullaney | 1,972.00 |
| 2/28/2015 | Kaplan Kravet & Vogel P.C. / Mullaney Subpoena ST vs Ferris | 1,598.00 |
| 7/31/2016 | Kaplan Kravet & Vogel P.C. / "One Smile at a Time" | 378.63 |
| TOTAL | | 321,199.09 |

| | | |
|---|---|---:|
| **TOTAL FOR ALL CATEGORIES** | | **$4,474,951.09** |