Exhibit B

## 2-Year Fraudulent Transfers

**Mullaney Salary and Bonus Payments**

| Payment Date | Payment Type | Amount |
|---|---|---|
| May-15 | Salary | 50,000.00 |
| Jun-15 | Salary | 425,000.00 |
| Jan-15 | Salary | 39,583.00 |
| Feb-15 | Salary | 30,583.00 |
| Jul-15 | Bonus | 200,000.00 |
| Jun-16 | Salary (per Employment Agreement) | 475,000.00 |
| Jul-16 | Bonus (per Employment Agreement) | 250,000.00 |
| **TOTAL** | | **1,470,166.00** |

**Life Insurance Premium Payments**

| Payment Date | Payment Type | Amount |
|---|---|---|
| 10/26/2015 | The US Life Insurance Co. | 326.81 |
| 11/14/2015 | The US Life Insurance Co. | 326.81 |
| 12/11/2015 | The US Life Insurance Co. | 326.81 |
| 01/14/2016 | The US Life Insurance Co. | 326.81 |
| 02/13/2016 | The US Life Insurance Co. | 326.81 |
| 03/12/2016 | The US Life Insurance Co. | 326.81 |
| 03/18/2016 | Lincoln National Life Insurance Company | 4,945.03 |
| 09/20/2016 | Lincoln National Life Insurance Company | 4,945.03 |
| **TOTAL** | | **6,579.08** |

**Other Expenses**

| Payment Date | Ledger Note | Amount |
|---|---|---|
| 08/15/2016 | Reimbursed out of pocket expenses | 2,194.00 |
| 8/16/2016 | Payment of personal legal bill taken as a deduction from salary | 378.63 |
| 10/19/2016 | Payment of personal travel expense taken as a deduction from salary | 8,333.33 |
| 10/31/2016 | Payment of personal expense taken as a deduction from salary | 500.00 |
| **TOTAL** | | **11,405.96** |

**American Express Expenses**

| Payment Date Range | Payment Type | Amount |
|---|---|---|
| 12/24/2014 - 12/27/2015 | American Express | 133,955.42 |
| 12/28/2015 - 12/27/2016 | American Express | 117,315.62 |
| **TOTAL** | | **251,271.04** |

**Mullaney Legal Fees**

| Payment Date | Law Firm / Ledger Note | Amount |
|---|---|---:|
| 2/28/2015 | Kaplan Kravet & Vogel P.C. / ST vs Mullaney | 1,972.00 |
| 2/28/2015 | Kaplan Kravet & Vogel P.C. / Mullaney Subpoena ST vs Ferris | 1,598.00 |
| 7/31/2016 | Kaplan Kravet & Vogel P.C. / "One Smile at a Time" | 378.63 |
| TOTAL | | 3,948.63 |

| | | |
|---|---|---:|
| **TOTAL FOR ALL CATEGORIES** | | **$1,743,370.71** |