**EXHIBIT C**

**Employment Fraudulent Transfers**

**Mullaney Salary and Bonus Payments**

| Payment Date | Payment Type | Amount |
|---|---|---|
| Jun-16 | Salary (per Employment Agreement) | 475,000.00 |
| Jul-16 | Bonus (per Employment Agreement) | 250,000.00 |
| **TOTAL** | | **725,000.00** |

**Life Insurance Premium Payments**

| Payment Date | Payment Type | Amount |
|---|---|---|
| 12/11/2015 | The US Life Insurance Co. | 326.81 |
| 1/14/2016 | The US Life Insurance Co. | 326.81 |
| 2/13/2016 | The US Life Insurance Co. | 326.81 |
| 3/12/2016 | The US Life Insurance Co. | 326.81 |
| 3/18/2016 | Lincoln National Life Insurance Company | 4,945.03 |
| 9/20/2016 | Lincoln National Life Insurance Company | 4,945.03 |
| **TOTAL** | | **6,252.27** |

**Other Expenses**

| Payment Date | Ledger Note | Amount |
|---|---|---|
| 8/15/2016 | Reimbursed out of pocket expenses | 2,194.00 |
| 8/16/2016 | Payment of personal legal bill taken as a deduction from salary | 378.63 |
| 10/19/2016 | Payment of personal travel expense taken as a deduction from salary | 8,333.33 |
| 10/31/2016 | Payment of personal expense taken as a deduction from salary | 500.00 |
| **TOTAL** | | **11,405.96** |

**American Express Expenses**

| Payment Date Range | Payment Type | Amount |
|---|---|---|
| 12/28/2015 - 12/27/2016 | American Express | 117,315.62 |
| **TOTAL** | | **117,315.62** |

| | | |
|---|---|---|
| **TOTAL FOR ALL CATEGORIES** | | **$859,973.85** |