# EXHIBIT D

## Post-Petition Transfers

**Mullaney Salary and Bonus Payments**

| Payment Date | Payment Type | Amount |
|---|---|---|
| Sep-17 | Salary (per Employment Agreement) | 237,550.00 |
| Oct-17 | Salary (per Employment Agreement) | 158,283.32 |
| **TOTAL** | | **395,833.32** |

**Other Expenses**

| Payment Date | Ledger Note | Amount |
|---|---|---|
| 2/28/2017 | Payment to Mullaney | 942.48 |
| **TOTAL** | | **942.48** |

**American Express Expenses**

| Payment Date Range | Payment Type | Amount |
|---|---|---|
| 12/28/2016 - 9/26/2017 | American Express | 59,517.70 |
| **TOTAL** | | **59,517.70** |

| | |
|---|---|
| **TOTAL FOR ALL CATEGORIES** | **$456,293.50** |