UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>WONDERWORK, INC.,<br><br>                          Debtor. | Chapter 11<br>Case No. 16-13607 (SMB) |
| VINCENT A. SAMA, as Litigation Trustee of the WW LITIGATION TRUST,<br><br>                          Plaintiff,<br><br>-against-<br><br>BRIAN MULLANEY, HANA FUCHS, THEODORE DYSART, RAVI KANT, JOHN J. CONEYS, STEVEN LEVITT, CLARK KOKICH, STEVEN RAPPAPORT, RICHARD PRICE, and MARK ATKINSON<br><br>                        Defendants. | Adv. No. 18-01873 (SMB) |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   :
                             :..ss:
COUNTY OF NEW YORK :

    **STEPHANIE WALSH**, being duly sworn, deposes and says that she is employed by the law firm of Arnold & Porter Kaye Scholer LLP, is over the age of eighteen years and is not a party to this action.
    On January 3, 2019, deponent served true and correct copies of the Summons and Notice of Pretrial Conference in an Adversary Proceeding, and Complaint with Exhibits A-D attached thereto, by personally delivering and leaving the same, enclosed in sealed, postpaid envelopes, to the United States Post Office located at 322 West 52nd Street, New York, NY 10019, upon the parties listed in Exhibit A.

                                                               _____
                                                                     STEPHANIE WALSH

Sworn to before me this
4th day of January, 2019

_____
Notary Public
EDUARD MARKS
Notary Public, State of New York
No. 01MA6074235
Qualified in New York County
Commission Expires August 9, 2022

# EXHIBIT A

BRIAN MULLANEY
1 SUMNER LN
BELMONT, MA 02478-1433

THEODORE DYSART
432 N ELMWOOD AVE,
OAK PARK, IL 60302-2226

JOHN J. CONEYS
3500 IDAHO AVE NW,
WASHINGTON, DC 20016-3152

STEVEN LEVITT
THE KENNETH C. GRIFFIN
　DEPARTMENT OF ECONOMICS
1126 E. 59th Street
CHICAGO, IL 60637-1580

CLARK KOKICH
119 TOWER PL 1-404,
SEATTLE, WA 98109-3250

STEVEN RAPPAPORT
RZ CAPITAL LLC
555 MADISION AVE. #29
NEW YORK, NY 10022

MARK ATKINSON
OTTO MARKETING
1611-C COLLEY AVE.
NORFOLK, VA 23517

HANA FUCHS
60 RIVERSIDE DR APT 7F
NEW YORK, NY 10024-6137

JOHN J. CONEYS
813 MARBURY LN
LONGBOAT KEY, FL 34228-1443

STEVEN LEVITT
5540 S KENWOOD AVE
CHICAGO, IL 60637-1714

CLARK KOKICH
424 QUEEN ANNE AVE N
APT 400
SEATTLE, WA 98109-4562

STEVEN RAPPAPORT
325 W END AVE APT 10D
NEW YORK, NY 10023-8144

RICHARD T.G. PRICE
2375 BROADWAY ST
SAN FRANCISCO, CA 94115-1233

MARK ATKINSON
217 77TH ST
VIRGINIA BEACH, VA 23451-1918