UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____

In re:                                               Chapter 11

WONDERWORK, INC.,                      Case No. 16-13607 (SMB)

               Debtor
-----------------------------------------------------------
VINCENT A. SAMA, as Litigation Trustee of
The WW LITGATION TRUST,                  Adv. No.: 18-01873(SMB)

               Plaintiff,

        -against-

BRIAN MULLANEY, HANA FUCHS, THEODORE
DYSART, RAVI KANT, JOHN J. CONEYS
STEVEN LEVITT, CLARK KOKICH, STEVEN
RAPPAPORT, RICHARD PRICE, and MARK
ATKINSON

               Defendants.
_____

**NOTICE OF APPEARANCE AND DEMAND
FOR NOTICES AND SERVICE OF PAPERS**

PLEASE TAKE NOTICE that pursuant to § 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Vincent A Sama, as Litigation Trustee, ("Vincent A Sama"), the Plaintiff in the above-mentioned case, hereby appears, by and through its undersigned attorneys, in the Adversary Case.

PLEASE TAKE FURTHER NOTICE that, pursuant to Bankruptcy Code § 1109(b), Vincent A. Sama requests that all pleadings, documents, and notices (including, without limitations, not only those pleadings, documents, and notices referred to in Bankruptcy Rule 2002, but also any orders, applications, motions, petitions, requests, complaints, answers, replies,

schedules of assets or liabilities, statements of financial affairs, operating reports, plans of reorganization, disclosure statements, or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile, e-mail, or otherwise) filed, given, or to be given in the Debtor's case be given and served upon:

Peta Gordon
**ARNOLD & PORTER KAYE SCHOLER LLP**
250 West 55th Street
New York, New York 10019-9710
Tel: (212) 836-8000
Fax: (212) 836-8689
peta.gordon@arnoldporter.com

PLEASE TAKE FURTHER NOTICE that neither this notice, any subsequent appearance (by pleading or otherwise), nor any participation in or in connection with the Plaintiff's case is intended to be, or shall be construed as, a waiver of Vincent A. Sama's (i) right to have final orders in non-core matters entered only after review de novo by a District Court judge; (ii) right to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related thereto; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments, all of which rights, actions, setoffs, defenses, and recoupments, which are expressly reserved.

Dated: January 8, 2019
      New York, New York

                                Respectfully submitted,

                                /s/ Peta Gordon
                                Peta Gordon
                                ARNOLD & PORTER KAYE SCHOLER LLP
                                250 West 55th Street
                                New York, New York 10019-9710
                                Telephone: (212) 836-8000
                                Fax: (212) 836-8689
                                peta.gordon@arnoldporter.com