**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>WONDERWORK, INC.,<br><br>       Debtor. | Chapter 11<br><br>Case No. 16-13607-smb |
| VINCENT A. SAMA, as Litigation Trustee of the WW Litigation Trust,<br>       Plaintiff,<br><br>- against -<br><br>BRIAN MULLANEY, HANA FUCHS, THEODORE DYSART, RAVI KANT, JOHN J. CONEYS, STEVEN LEVITT, CLARK KOKICH, STEVEN RAPPAPORT, RICHARD PRICE, and MARK ATKINSON,<br>       Defendants. | Adv. Pro. No. 18-1873-smb<br><br>**NOTICE OF WITHDRAWAL OF MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Re: ECF No. 6 |

   PLEASE TAKE NOTICE that Defendant Brian Mullaney hereby withdraws his motion to extend his deadline to respond to the Complaint, filed January 22, 2019.

| | |
|---|---|
| Dated: January 24, 2019<br>     New York, New York | STORCH AMINI PC<br><br>/s/ Jeffrey Chubak<br>Bijan Amini<br>Jeffrey Chubak<br>140 East 45th Street, 25th Floor<br>New York, New York 10017<br>(212) 490-4100<br>bamini@storchamini.com<br>jchubak@storchamini.com<br><br>*Attorneys for Defendant Brian Mullaney* |

# CERTIFICATE OF SERVICE

      I hereby certify that on January 24, 2019, a copy of the foregoing Notice of Withdrawal of Motion to Extend Time to Respond to Complaint was served by CM/ECF and e-mail on Plaintiff's counsel of record at the following addresses:

      Benjamin Mintz
      benjamin.mintz@arnoldporter.com

      Peta Gordon
      peta.gordon@arnoldporter.com

      /s/ Jeffrey Chubak