**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>WONDERWORK, INC.,<br><br>        Debtor. | Chapter 11<br><br>Case No. 16-13607-smb |
| VINCENT A. SAMA, as Litigation Trustee of the WW Litigation Trust,<br>        Plaintiff,<br><br>   - against -<br><br>BRIAN MULLANEY, HANA FUCHS, THEODORE DYSART, RAVI KANT, JOHN J. CONEYS, STEVEN LEVITT, CLARK KOKICH, STEVEN RAPPAPORT, RICHARD PRICE, and MARK ATKINSON,<br>        Defendants. | Adv. Pro. No. 18-1873-smb<br><br>**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** |

   Plaintiff Vincent A. Sama, as Litigation Trustee of the WW Litigation Trust, and Defendants Brian Mullaney, Hana Fuchs, John J. Coneys, Steven Levitt, Clark Kokich, Steven Rappaport, Richard Price, and Mark Atkinson (together, "Defendants"), hereby stipulate and agree as follows:

   1. Defendants' time to answer, move with respect to, or otherwise respond to the Complaint is hereby extended through April 2, 2019.

   2. Defendants waive any defense under Federal Rule of Civil Procedure 12(b)(4) and (5), as made applicable herein pursuant to the Federal Rule of Bankruptcy Procedure 7012.

   3. No further extensions shall be sought other than for cause.

             [Signature page to follow]

Dated: January 25, 2019

| | |
|---|---|
| ARNOLD & PORTER LLP | STORCH AMINI PC |
| /s/ Peta Gordon | /s/ Jeffrey Chubak |
| Benjamin Mintz | Bijan Amini |
| Peta Gordon | Jeffrey Chubak |
| 250 West 55th Street | 140 East 45th Street, 25th Floor |
| New York, New York 10019 | New York, New York 10017 |
| (212) 836-8000 | (212) 490-4100 |
| benjamin.mintz@arnoldporter.com | bamini@storchamini.com |
| peta.gordon@arnoldporter.com | jchubak@storchamini.com |
| *Attorneys for Plaintiff Vincent A. Sama, as Litigation Trustee of the WW Litigation Trust* | *Attorneys for Defendant Brian Mullaney* |
| LAW OFFICE OF ROBERT R. VIDUCICH | SMITH, GAMBRELL & RUSSELL, LLP |
| /s/ Robert R. Viducich | /s/ Victor M. Metsch |
| Robert R. Viducich | John McCarthy |
| 40 Wall Street, 28th Floor | Victor M. Metsch |
| New York, New York 10005 | 1301 Avenue of the Americas, 21st Floor |
| (212) 400-7135 | New York, New York 10019 |
| rviducich@rrvlaw.com | (212) 907-9700 |
| *Attorneys for Defendant Hana Fuchs* | jmccarthy@sgrlaw.com |
| | vmetsch@sgrlaw.com |
| | *Attorneys for Defendants Steven Levitt, Clark Kokich, Steven Rappaport, and Richard Price* |
| CERTILMAN BALIN ADLER & HYMAN, LLP | GISKAN SOLOTAROFF & ANDERSON LLP |
| | /s/ Jason Solotaroff |
| /s/ Paul B. Sweeney | Jason Solotaroff |
| Paul B. Sweeney | 217 Centre Street, 6th Floor |
| 90 Merrick Avenue, 9th Floor | New York, New York 10013 |
| East Meadow, New York 11554 | (646) 964-9640 |
| (516) 296-7000 | jsolotaroff@gslawny.com |
| psweeney@certilmanbalin.com | *Attorneys for Defendant Mark Atkinson* |
| *Attorneys for Defendant John J. Coneys* | |

SO ORDERED this __25th__ day of January, 2019

/s/ STUART M. BERNSTEIN
Honorable Stuart M. Bernstein
United States Bankruptcy Judge