**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>WONDERWORK, INC.,<br><br>                Debtor. | Chapter 11<br><br>Case No. 16-13607-smb |
| VINCENT A. SAMA, as Litigation Trustee of the WW Litigation Trust,<br><br>                Plaintiff,<br><br>- against -<br><br>BRIAN MULLANEY, HANA FUCHS, THEODORE DYSART, RAVI KANT, JOHN J. CONEYS, STEVEN LEVITT, CLARK KOKICH, STEVEN RAPPAPORT, RICHARD PRICE, and MARK ATKINSON,<br>                Defendants. | Adv. Pro. No. 18-1873-smb<br><br>**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** |

       Plaintiff, Vincent A. Sama, as Litigation Trustee of the WW Litigation Trust, and Defendant, Theodore Dysart, ("Defendant"), hereby stipulate and agree as follows:

       1. Defendant's time to answer, move with respect to, or otherwise respond to the Complaint is hereby extended through April 2, 2019.

       2. Defendant waives any defense under Federal Rule of Civil Procedure 12(b)(4) and (5), as made applicable herein pursuant to the Federal Rule of Bankruptcy Procedure 7012.

       3. No further extensions shall be sought other than for cause.

[Signature page to follow]

Dated: January 25, 2019

| ARNOLD & PORTER LLP | DRINKER BIDDLE & RE ATH LLP |
|---|---|
| /s/ Peta Gordon | /s/ Frank F. Velocci |
| Benjamin Mintz | Frank F. Velocci |
| Peta Gordon | 1177 Avenue of the Americas, 41st Floor |
| 250 West 55th Street | New York, New York 10036-2714 |
| New York, New York 10019 | (212) 248-3140 |
| (212) 836-8000 | frank.velocci@dbr.com |
| benjamin.mintz@arnoldporter.com | *Attorneys for Defendant, Theodore Dysart* |
| peta.gordon@arnoldporter.com | |
| *Attorneys for Plaintiff Vincent A. Sama, as Litigation Trustee of the WW Litigation Trust* | |

SO ORDERED this _____ day of January, 2019

_____
Honorable Stuart M. Bernstein
United States Bankruptcy Judge