**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| WONDERWORK, INC., | Case No. 16-13607-smb |
| Debtor. | Adv. Pro. No. 18-1873-smb |
| VINCENT A. SAMA, as Litigation Trustee of the WW Litigation Trust, Plaintiff, | **NOTICE OF ADJOURNMENT OF INITIAL PRETRIAL CONFERENCE** |
| - against - | |
| BRIAN MULLANEY, HANA FUCHS, THEODORE DYSART, RAVI KANT, JOHN J. CONEYS, STEVEN LEVITT, CLARK KOKICH, STEVEN RAPPAPORT, RICHARD PRICE, and MARK ATKINSON, Defendants. | |

PLEASE TAKE NOTICE that the initial pretrial conference previously scheduled to be held on February 14, 2019 at 10:00 a.m. (ECF No. 2) has been adjourned to May 23, 2019 at 10:00 a.m.

Dated: February 7, 2019
New York, New York

STORCH AMINI PC

/s/ Jeffrey Chubak
Bijan Amini
Jeffrey Chubak
140 East 45th Street, 25th Floor
New York, New York 10017
(212) 490-4100
bamini@storchamini.com
jchubak@storchamini.com

*Attorneys for Defendant Brian Mullaney*

## <u>CERTIFICATE OF SERVICE</u>

Jeffrey Chubak hereby certifies under penalty of perjury that on February 7, 2019 he served a copy of the foregoing **Notice of Adjournment of Initial Pretrial Conference** on counsel for Plaintiff and counsel for Defendants that stipulated to an extension of their deadline to respond to the Complaint (ECF Nos. 8, 10) by e-mail at the following addresses:

Benjamin Mintz
Peta Gordon
Arnold & Porter LLP
benjamin.mintz@arnoldporter.com
peta.gordon@arnoldporter.com
*Attorneys for Plaintiff Vincent A. Sama, as
Litigation Trustee of the WW Litigation Trust*

Robert R. Viducich
Law Office of Robert R. Viducich
rviducich@rrvlaw.com
*Attorneys for Defendant Hana Fuchs*

John McCarthy
Victor M. Metsch
Smith, Gambrell & Russell, LLP
jmccarthy@sgrlaw.com
vmetsch@sgrlaw.com
*Attorneys for Defendants Steven Levitt, Clark
Kokich, Steven Rappaport, and Richard Price*

Paul B. Sweeney
Certilman Balin Adler & Hyman, LLP
psweeney@certilmanbalin.com
*Attorneys for Defendant John J. Coneys*

Jason Solotaroff
Giskan Solotaroff & Anderson LLP
jsolotaroff@gslawny.com
*Attorneys for Defendant Mark Atkinson*

Frank F. Velocci
Drinker Biddle & Reath LLP
frank.velocci@dbr.com
*Attorneys for Defendant Theodore Dysart*

Dated: February 7, 2019

/s/ Jeffrey Chubak