Paul B. Sweeney, Esq. (PS 5254)
CERTILMAN BALIN ADLER & HYMAN, LLP
Attorneys for Defendant John J. Coneys
90 Merrick Avenue
East Meadow, NY 11554
Telephone:  (516) 296-7000
Facsimile:  (516) 296-7111

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X

In re:                                                              Chapter 11

WONDERWORK, INC.                                    Case No. 16-13607(SMB)
                                    Debtor.

-----------------------------------------------------X        Adv. Pro. No.
VINCENT A. SAMA, as Litigation Trustee          18-01873(SMB)
of the WW LITIGATION TRUST,
                                    Plaintiff,
            -against-

BRIAN MULLANEY, HANA FUCHS,
THEODORE DYSART, RAVI KANT,
JOHN J. CONEYS, STEVEN LEVITT,
CLARK KOKICH, STEVEN RAPPAPORT,
RICHARD PRICE and MARK ATKINSON,
                                    Defendants.
-----------------------------------------------------X

<u>**AFFIDAVIT OF SERVICE**</u>

**STATE OF NEW YORK**     )
                                              )        **ss.:**
**COUNTY OF NASSAU**      )

       **LISA A. NICHOLS,** being duly sworn, deposes and says:

       Deponent is not a party to this action, is over 18 years of age and resides at East Meadow,

New York.

       On the 2ND day of April, 2019 deponent served the within **NOTICE OF MOTION TO
DISMISS LITIGATION TRUSTEE'S ADVERSARY COMPLAINT AS AGAINST
DEFENDANT JOHN J. CONEYS WITH SUPPORTING DECLARATION AND
EXHIBITS AND MEMORANDUM OF LAW** upon:

6811552.1

**ARNOLD & PORTER KAYE SCHOLER LLP**
Benjamin Mintz
250 West 55th Street
New York, NY 10019

**ARNOLD & PORTER KAYE SCHOLER LLP**
Peta Gordon
250 West 55th Street
New York, NY 10019

**STORCH AMINI PC**
Bijan Amini
140 E. 45th Street, 25th Floor
New York, NY 10017

**STORCH AMINI PC**
Jeffrey S. Chubaj
140 E. 45th Street, 25th Floor
New York, NY 10017

**LAW OFFICE OF ROBERT R. VIDUCICH**
Robert R. Viducich
40 Wall Street, 28th Floor
New York, NY 10005

**DRINKER, BIDDLE & REATH, LLP**
Frank F. Velocci
500 Campus Drive
Florham Park, NJ 07932

**SMITH, GAMBRELL & RUSSELL, LLP**
John G. McCarthy
Edward J. Heppt
Victor M. Metsch
1301 Avenue of the Americas, 21st Floor
New York, NY 10019

**GISKAN, SOLOTAROFF & ANDERSON & STEWART. LLP**
Jason L. Solotaroff
217 Centre Street, 6th Floor
New York, NY 10013

at the address designated by said attorney for that purpose by depositing a true copy of same enclosed in a post-paid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

           \_\_\_/s/ Lisa A. Nichols_____

           LISA A. NICHOLS

Sworn to before me this
2ND day of April, 2019

\_\_\_/s/ Karen P. Galvin_____
      Notary Public
Karen P. Galvin
Notary Public State of New York
No. 01GA5001652
Qualified in Nassau County
Commission Expires September 14, 2022