Bijan Amini
Edward P. Dolido
Jeffrey Chubak
STORCH AMINI PC
140 East 45th Street, 25th Floor
New York, New York 10017
(212) 490-4100
bamini@storchamini.com
edolido@storchamini.com
jchubak@storchamini.com
*Attorneys for Defendant Brian Mullaney*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>WONDERWORK, INC.,<br><br>Debtor. | Chapter 11<br><br>Case No. 16-13607-smb |
| VINCENT A. SAMA, as Litigation Trustee of the WW Litigation Trust,<br><br>Plaintiff,<br><br>- against -<br><br>BRIAN MULLANEY, HANA FUCHS, THEODORE DYSART, RAVI KANT, JOHN J. CONEYS, STEVEN LEVITT, CLARK KOKICH, STEVEN RAPPAPORT, RICHARD PRICE, and MARK ATKINSON,<br><br>Defendants. | Adv. Pro. No. 18-1873-smb<br><br>**NOTICE OF BRIAN MULLANEY'S <u>MOTION TO DISMISS THE COMPLAINT</u>** |

PLEASE TAKE NOTICE that upon the accompanying memorandum of law, dated April 2, 2019, Defendant Brian Mullaney will move, before the Honorable Stuart M. Bernstein, at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, Courtroom 723, on May 23, 2019 at 10:00 a.m., to dismiss the Complaint with prejudice as against him, pursuant to Fed. R. Civ. P. 12(b)(6), and for such other and further relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that objections to the motion must be served so as to be received by April 26, 2019 at 4:00 p.m.

| | |
|---|---|
| Dated: April 2, 2019<br>New York, New York | Respectfully submitted,<br><br>/s/ Jeffrey Chubak<br>Bijan Amini<br>Edward P. Dolido<br>Jeffrey Chubak<br>STORCH AMINI PC<br>140 East 45th Street, 25th Floor<br>New York, New York 10017<br>(212) 490-4100<br>bamini@storchamini.com<br>edolido@storchamini.com<br>jchubak@storchamini.com<br>*Attorneys for Defendant Brian Mullaney* |