**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>WONDERWORK, INC.,<br><br>Debtor. | Chapter 11<br><br>Case No. 16-13607-smb |
| VINCENT A. SAMA, as Litigation Trustee of the WW Litigation Trust,<br><br>Plaintiff,<br><br>- against -<br><br>BRIAN MULLANEY, HANA FUCHS, THEODORE DYSART, RAVI KANT, JOHN J. CONEYS, STEVEN LEVITT, CLARK KOKICH, STEVEN RAPPAPORT, RICHARD PRICE, and MARK ATKINSON,<br><br>Defendants. | Adv. Pro. No. 18-1873-smb |

**CERTIFICATE OF SERVICE**

I, Robert R. Viducich, declare under penalty of perjury that the foregoing is true and correct, pursuant to 28 U.S.C. § 1746:

1. On the date hereof, I served on Plaintiff, via hand delivery, a copy of the Notice of Motion to Dismiss the Complaint as against Hana Fuchs, and the accompanying Memorandum of Law in support of such motion, which were e-filed on April 2, 2019 (Dkt. nos. 30 & 31), as follows:

> Benjamin Mintz, Esq.
> Peta Gordon, Esq.
> Arnold & Porter Kaye Scholer LLP
> 250 West 55th Street
> New York, NY 10019

2. The other parties that have appeared in this action waived service of hard copy.

1

Dated: April 3, 2019
New York, New York

/s/ Robert R. Viducich
Robert R. Viducich
LAW OFFICE OF ROBERT R. VIDUCICH
40 Wall Street, 28th Floor
New York, New York 10005
(212) 400-7135
rviducich@rrvlaw.com
*Attorney for Defendant Hana Fuchs*