```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                          :
                                                :
WONDERWORK, INC.,                               :    Chapter 11
                                                :    Case No. 16-13607 (SMB)
                    Debtor.                     :
-----------------------------------------------------------X
VINCENT A. SAMA, as Litigation Trustee          :
of the WW LITIGATION TRUST,                     :
                                                :
                                                :    Adv. Proc. No. 18-01873 (SMB)
                    Plaintiff,                  :
        - against -                             :
                                                :
BRIAN MULLANEY, HANA FUCHS,                     :
THEODORE DYSART, RAVI KANT,                     :
JOHN J. CONEYS, STEVEN LEVITT,                  :
CLARK KOKICH, STEVEN RAPPAPORT,                 :
RICHARD PRICE, and MARK ATKINSON,               :
                                                :
                    Defendants.                 :
-----------------------------------------------------------X
```

## ORDER SETTING DEADLINE TO FILE POST-ARGUMENT SUBMISSIONS

WHEREAS, a hearing in this adversary proceeding was held on June 27, 2019 ("Hearing"), on the Defendants' motions to dismiss the Complaint (collectively, the "Motions to Dismiss") [ECF Docs. # 19, 23, 26, 27, 29 & 31];

WHEREAS, at the conclusion of the Hearing, the Court directed the parties in the above-captioned adversary proceeding ("Parties") to consult on a schedule for providing the Court with specific factual references to the examiner's report, the exhibits, and any other documents that each Party believes that the Court can and should consider in ruling on the Motions to Dismiss and for asserting any objections to another Party's designations;

WHEREAS, the Parties have not provided the Court with agreed deadlines, and accordingly the following schedule will govern their post-hearing submissions; now, therefore, it is hereby

ORDERED that on or before July 26, 2019, at 4:00 p.m., each of the Parties shall file a letter with the Court identifying the specific parts of any documents, including the Examiner's Report and the exhibits to the Examiner's Report that such Party believes the Court should consider in ruling on the Motions to Dismiss (the "Designations") together with electronic copies thereof; and it is further

ORDERED that on or before August 2, 2019, at 4:00 p.m., each Party shall file (i) its objection, if any, to another Party's Designations and (ii) any Cross-Designations with electronic copies thereof.

Dated: New York, New York
      July 19, 2019

                                           /s/ *Stuart M. Bernstein*
                                             STUART M. BERNSTEIN
                                        United States Bankruptcy Judge