**EXHIBIT 4**

**Pearl Meyer Report, Mullaney Ex. 43 (ECF No. 339-4)**



**CEO Compensation Analysis & Recommendations**
**Competitive Frames of Reference**

Confidential
June 7, 2013



PM Pearl Meyer & Partners
&P Comprehensive Compensation

©2013 Pearl Meyer & Partners

EXHIBIT-43
Brian Mullaney
8/17/17
S. Anelle Santos, RPR, CSR
TransPerfect Legal

WON-EX 010764

## Introduction

The Compensation Committee of WonderWork engaged Pearl Meyer & Partners (PM&P) to provide competitive compensation data and analysis for its Chief Executive Officer (CEO) including a recommendation on a CEO compensation program going forward.

PM&P, working with the Committee and with input from its CEO, developed five peer groups of organizations that are used as competitive frames of reference in this report.

Traditional Non-Profit

High Growth Non-Profit

High Growth For-Profit

Large Foundations

University Development Officers

PM&P analyzed Form 990 and other public filings for the above organizations to determine CEO pay levels at each respective organization.

This report summarizes CEO and other relevant executive pay levels for each of the peer groups and includes our initial recommendations.

WON-EX 010765



Pearl Meyer & Partners
Compensation Consultants

# Executive Summary

The results of our analysis suggests that in comparisons to all peer groups, the CEO's current base salary is very competitive – and on the higher end of the competitive range (generally around the range of 75th percentile to over the 90th percentile).

Given that the CEO is not covered by an incentive program, Mr. Mullaney's total pay is somewhat less competitive when taking into account the amount of incentives paid to CEOs of other organizations. This is mostly true when compared to for-profit organizations.

## Peer Group Analysis

Given Mr. Mullaney's significant track record, a traditional approach to constructing a peer group would not give the Committee all of the information needed to understand the competitiveness of Mr. Mullaney's current pay package. Given this, we developed five peer groups for consideration. While we believe all of this data will help the Committee better understand the pay landscape, we believe the Committee should focus on three of the five peer groups. The chart on the next page summarizes our views of the importance of each peer group.



Peer Group Relevance

**Traditional Non-Profit** – Entities that have comparable missions to WonderWork and are comparable in size.

Low

While the traditional approach is the most common way to assess CEO pay, we do not believe this data set takes into account Mr. Mullaney's significant experience and performance with other organizations.

**High Growth Non-Profit** – Entities that have comparable missions to WonderWork and have a demonstrated track record of aggressively growing revenues. The size of these entities is closer to WonderWork's estimated revenues 2020. This could be referred to as an "aspirational" peer group.

High

Although any organizations can be criticized for benchmarking pay against larger organizations, we believe this data set gives the Committee a better understanding of pay levels for high performing organizations.

**High Growth For-Profit** – This consists of publicly-traded companies that have experienced rapid growth. This group provides an additional frame of reference and are not necessarily a directly comparable peer group.

Low

This data set might be viewed as the very upper bound in pay. Given that Mr. Mullaney does not have experience running a public company as a CEO, we believe this data set should not have any meaningful impact in understanding market pay levels.

**Foundation Peer Group** – A group of large foundations that might represent viable alternative employment choices for Mr. Mullaney.

High

It is reasonable to believe Mr. Mullaney has the skills and experience necessary to be considered in a senior executive role among large, reputable foundations.

**University Development Officers** – Given the focus on fundraising, a fifth group that can provide another point of reference consists of several of the country's elite, large research institutions.

High

Similar to the Foundation Peer Group, we believe Mr. Mullaney has the skills and experience to be considered as the top development officer in a large university.


WON-EX 010767

**Mr. Mullaney's Request**

PM&P understands Mr. Mullaney would like to be considered for an annual incentive structured as follows:

| | |
|---|---|
| For an A+ performance | $250,000 |
| For an A performance | $150,000 |
| For an A- performance | $ 75,000 |
| Anything below an A | No bonus |

We have two key observations on this request:

We believe the proposed evaluation scale is too compressed to allow the Committee to differentiate performance and establish an award on this basis. For example, it may be impossible to clearly articulate what differentiates A+ from A performance

The maximum award is 53% of salary. This is not unreasonable as a general comment, but it is very high in a non-profit environment. Of course, if Mr. Mullaney is able to repeat his results at Smile Train (his prior employer), it would be reasonable for the Committee to consider an unorthodox approach to establishing a bonus structure.

WON-EX 010768



## Executive Summary (cont'd)

**PM&P's Recommendations**

Our analysis of the CEO total pay levels of the three most relevant peer groups shows the following:

| | |
|---|---|
| High Growth Non-Profit | $495,000 |
| Foundations | $559,000 |
| University Development Officers | $630,000 |

Based on the above, we believe the Committee could consider the following approach:

A salary remaining at $475,000.

An annual incentive within a range of $50,000 to $200,000 covering 2012 performance. Over the next few years, this range of incentive should provide the Committee with the opportunity to recognize performance and provide very competitive compensation.

This assumes Mr. Mullaney has performed at or above 75th percentile levels. We realize the Committee may need to assess performance on a discretionary basis.

A periodic review of Mr. Mullaney's award opportunity to ensure it provides appropriate rewards for high levels of performance and is supported by market practice.

PM&P understands Mr. Mullaney has made other contract requests. PM&P recommends the Committee quantify the value of these requests. Any requests of significant value should take into account the amount of annual incentive that may be granted.

Finally, it is very important in determining the appropriate level of compensation that the Committee be cognizant of the optics / perceptions on whether the compensation is reasonable – in the eyes of interested parties (e.g., media) and government regulators – represented by the IRS's Section 4958, which provides regulatory oversight on executive compensation in 501 (c)3 and 501 (c)4 organizations.

WON-EX 010769



Peer Group Construction & Intermediate Sanctions

The process of assessing executive compensation levels is rarely straightforward, as there are many factors to be considered (e.g., industry, size, complexity, strategy, performance, growth, etc.). WonderWork's somewhat unique "business" model does create challenges in defining with great certainty appropriate compensation parameters.

While our work is guided by considerable experience and professional practice, in this case it is also guided by the Internal Revenue Code Section 4958, commonly referred to as Intermediate Sanctions.

> This covers 501(c)3 and 501(c)4 organizations and provides regulations that guide organizations in how to set and manage the compensation of "disqualified" individuals, which would include an organizations' CEO.

> There are three critical points in the regulations:

>> Independent Board members are making pay decisions relative to disqualified individuals.

>> A basis for defining compensation parameters is a comparability analysis that includes comparisons to like positions in like organizations.

>> The Board uses this information and any other relevant information to make pay decisions and documents its decisions and its rationale.

Given WonderWork's unique model, which results in extraordinary growth in a very short period of time, there really isn't a "clean" peer group; however, the different peer groups included in this report provide a reasonable frame of reference is assessing the CEO's compensation.

> We recognize that each peer group alone is clearly not a mirror image of WonderWorks, but when taken as a whole, the peer groups capture *some* of the characteristics of WonderWork (e.g., comparable missions, non-profits, rapid growth rates).

We believe that the results provided in this report can help to define parameters in managing the CEO's compensation in the near-term; however, as Wonderworks develops and the marketplace changes, it is advisable to monitor the CEO's compensation to ensure there is a reasonable balance between WonderWork performance and market practice.

WON-EX 010770



## Approach and Methodology

Peer Groups

Based on our discussions with the Compensation Committee and CEO Brian Mullaney, and our subsequent understanding of WonderWork's mission and its plans for growth, we have developed five different peer groups to provide a broader perspective on competitive levels of compensation. Given that WonderWork is unique and is in its infancy stages of development, there is not a single peer group that will be a great fit. Therefore, we have taken the approach of developing several peer groups that can provide an array of perspectives in assessing CEO compensation. The peer groups include:

**Traditional Non-Profit** – Entities that have comparable missions to WonderWork and are comparable in size.

**High Growth Non-Profit** – Entities that have comparable missions to WonderWork and have a demonstrated track record of aggressively growing revenues. The size of these entities is closer to WonderWork's estimated revenues 2020. This could be referred to as an "aspirational" peer group.

This excludes entities receiving a substantial portion of its revenue from government grants or program services.

**High Growth For-Profit** – This consists of publicly-traded companies that have experienced rapid growth. This group provides an additional frame of reference and are not necessarily a directly comparable peer group.

**Foundation Peer Group** – A group of large foundations that might represent viable alternative employment choices for Mr. Mullaney.

**University Development Officers** – Given the focus on fundraising, a fifth group that can provide another point of reference consists of several of the country's elite, large research institutions.

Competitive Pay Data

PM&P accessed Form 990 other public filings, and survey data to establish the references for CEO pay levels.

Pay was aged at an annual rate of 3% to July 1, 2013 to ensure consistency across all data points.


Pearl Meyer & Partners
Contribution, Compensation

WON-EX 010771

## Competitive Reference Summary
### Peer Group 1: Traditional Non-Profit Organization CEOs

The following provides market results for the 15 organizations included in this peer group.

As indicated, this peer group approximates the estimated size of Wonderwork at around the year 2015. It does not necessarily consist of organizations that have a demonstrated record of growth.

As the results indicate, the current compensation level of the CEO is around the 90th percentile.

The peer group organizations and detailed results are provided in our Supporting Detail.

| Annual Pay Element | WonderWork CEO | Peer Group 1 CEOs (Traditional NFPs) | | | WonderWork CEO Percentile Position |
|---|---|---|---|---|---|
| | | 25th Percentile | Median | 75th Percentile | |
| Base Salary | $475 | $204 | $285 | $316 | 95th Percentile |
| Total Cash base + bonus payments | $475 | $241 | $285 | $316 | 90th Percentile |
| Total Direct total cash + benefits + retirement | $500 | $256 | $310 | $386 | 85th Percentile |

Data in thousands of dollars unless noted

Peer Group 1 Income Statement Statistics

| | Revenue ($M) | Expenses ($M) |
|---|---|---|
| 25th Percentile | $10.5 | $10.9 |
| Median | $35.8 | $36.8 |
| 75th Percentile | $49.7 | $46.0 |

WON-EX 010772


Pearl Meyer & Partners
Compensation Consultants

8

©2010 Pearl Meyer & Partners

## Competitive Reference Summary
### Peer Group 2: High Growth Non-Profit Organization CEOs

The following provides market results for the 14 organizations included in this peer group.

As indicated, this peer group approximates the estimated size of Wonderwork at around the year 2020 ($100 million). The median average annual growth in revenue for these organizations was 23%. Among organizations with a comparable mission – these organizations represented those with the highest growth in revenues.

As the results indicate, the current compensation level of the CEO is at higher percentiles.

The peer group organizations and detailed results are provided in our Supporting Detail.

| Annual Pay Element | WonderWork CEO | Peer Group 2 CEOs (High Growth NFPs) | | | WonderWork CEO Percentile Position |
|---|---|---|---|---|---|
| | | 25th Percentile | Median | 75th Percentile | |
| Base Salary | $475 | $238 | $313 | $395 | Highest |
| Total Cash base + bonus payments | $475 | $253 | $325 | $433 | 88th Percentile |
| Total Direct total cash + benefits + retirement | $500 | $272 | $363 | $495 | 77th Percentile |

Data in thousands of dollars unless noted

Peer Group 2 Income Statement Statistics

| | Revenue ($M) | Expenses ($M) |
|---|---|---|
| 25th Percentile | $64.0 | $57.6 |
| Median | $110.8 | $95.1 |
| 75th Percentile | $146.7 | $139.2 |

WON-EX 010773



9

## Competitive Reference Summary
### Peer Group 3: High Growth For-Profit Company CEOs

The following provides market results for the 20 organizations included in this peer group.

As indicated, this peer group approximates the estimated size of Wonderwork at around the year 2020 ($100 million). The median compounded annual growth in revenue for these organizations was 38% over the last five years. While this may not be a directly relevant comparator group, it does provide a perspective on compensation levels in rapid growth companies with revenues comparable to Wonderwork's 2020 estimate.

As the results indicate, the CEO's salary is very competitive, but as expected, total cash and total direct are less competitive, particularly when long-term incentives are included in the mix.

The peer group organizations and detailed results are provided in our Supporting Detail.

| Annual Pay Element | WonderWork CEO | Peer Group 3 CEOs (High Growth For-Profits) | | | WonderWork CEO Percentile Position |
| --- | --- | --- | --- | --- | --- |
| | | 25th Percentile | Median | 75th Percentile | |
| Base Salary | $475 | $330 | $421 | $467 | 76th Percentile |
| Total Cash base + bonus payments | $473 | $446 | $563 | $775 | 38th Percentile |
| Total Direct total cash + benefits + retirement + long-term incentives[1] | $500 | $959 | $1,569 | $2,872 | 16th Percentile |

Data in thousands of dollars unless noted
[1] For-profit companies generally dedicate a significant portion of annual pay to stock-based Long-Term Incentives (LTi)

Peer Group 3 Income Statement Statistics

| | Revenue ($M) | Expenses ($M) |
| --- | --- | --- |
| 25th Percentile | $42.2 | $49.3 |
| Median | $104.3 | $135.3 |
| 75th Percentile | $202.4 | $170.3 |



## Competitive Reference Summary
### Peer Group 4: Foundation 3rd Highest Paid Executives

The fourth peer group is focused on leadership positions among some of the top foundations in the U.S. that could represent a potential destination for WonderWork's CEO.

In order to provide a comparison, we used the 3rd highest paid executive in each of the foundations as the point of comparison. In many cases, the top two positions included the CEO and the Chief Investment Officer.

The summary statistics below for the 3rd highest paid executives at these foundations indicates that WonderWork's CEO is above the 50th percentile for total cash compensation and total direct compensation.

| Annual Pay Element | WonderWork CEO | Peer Group 4 Executives (Foundations) Reflects 3rd Highest Paid Executives | | | WonderWork CEO Percentile Position |
|---|---|---|---|---|---|
| | | 25th Percentile | Median | 75th Percentile | |
| Base Salary | $475 | Not reported | | | N/A |
| Total Cash base + bonus payments | $475 | $321 | $389 | $478 | 74th Percentile |
| Total Direct total cash + benefits + retirement | $500 | $477 | $473 | $559 | 58th Percentile |

Data in thousands of dollars unless noted

Peer Group 4 Income Statement Statistics

| | Revenue ($M) | Expenses ($M) |
|---|---|---|
| 25th Percentile | $176.5 | $127.5 |
| Median | $573.5 | $234.9 |
| 75th Percentile | $3,747.0 | $358.0 |

WON-EX 010775



## Competitive Reference Summary
### Peer Group 5: University Development Officers

As a final frame of reference, given the emphasis on fundraising, we have provided competitive market data for the Top Development position at large, research universities.

While we recognize that the university model for fundraising (e.g., strong alumni base) is different than that of WonderWorks', it does provide yet another point of reference.

WonderWork's CEO is positioned at approximately the 25th percentile for all elements of pay.

| Annual Pay Element | WonderWork CEO | Peer Group 5 CEOs (Univ. Development Officers) | | | WonderWork CEO Percentile Position |
|---|---|---|---|---|---|
| | | 25th Percentile | Median | 75th Percentile | |
| Base Salary | $475 | $470 | $510 | $550 | @ 25th Percentile |
| Total Cash base + bonus payments | $479 | $470 | $515 | $590 | @ 25th Percentile |
| Total Direct total cash + benefits + retirement | $500 | $540 | $575 | $630 | @ 25th Percentile |

Data in thousands of dollars unless noted


WON-EX 010776



## Supporting Detail





## Supporting Detail
### Peer Group 1: Traditional Peer Group

The following provides a list of institutions that have somewhat comparable missions as WonderWork and are of a comparable size, based on WonderWork's projected 2015 revenues and expenses.

| Organization | State | Income Statement | | Balance Sheet | |
|---|---|---|---|---|---|
| | | Revenues | Expenses | Assets | Liabilities |
| American Foundation for the Blind | NY | $10,243,973 | $11,889,170 | $46,549,430 | $2,271,489 |
| American Liver Foundation | NY | $8,582,746 | $8,216,744 | $5,096,471 | $3,717,491 |
| American Lung Association | NY | $48,565,057 | $48,563,482 | $29,342,436 | $19,026,863 |
| Christian Relief Services | VA | $39,058,647 | $38,798,006 | $68,745,584 | $56,354,413 |
| Crohn's & Colitis Foundation of America | NY | $50,905,534 | $49,604,872 | $23,007,692 | $16,795,118 |
| Cystic Fibrosis Foundation Headquarters | MD | $237,000,942 | $176,209,849 | $244,454,529 | $69,005,614 |
| Head Injury Association | NY | $10,902,863 | $11,295,862 | $21,409,035 | $9,771,270 |
| Kids in Distressed Situations | NY | $82,207,086 | $82,012,346 | $2,328,561 | $230,786 |
| Lupus Foundation of America | DC | $10,705,131 | $10,232,403 | $6,701,026 | $3,091,767 |
| National Parkinson Foundation | FL | $9,259,675 | $10,474,594 | $19,608,254 | $1,415,110 |
| National Society to Prevent Blindness | VA | $540,153 | $664,225 | $951,027 | $89,013 |
| Operation Smile | VA | $47,958,670 | $43,346,873 | $30,674,043 | $5,774,825 |
| Oxfam-America | MA | $35,769,359 | $37,844,433 | $102,090,256 | $14,652,849 |
| World Hope International | VA | $11,659,913 | $13,518,634 | $8,352,046 | $5,395,759 |
| World Lung Foundation | NY | $57,889,653 | $36,847,763 | $31,532,689 | $2,424,360 |
| | 25th Percentile | $10,474,552 | $10,885,228 | $7,526,536 | $2,347,925 |
| | Median | $35,769,359 | $36,847,763 | $23,007,692 | $5,395,759 |
| | 75th Percentile | $49,735,296 | $45,955,178 | $39,041,060 | $15,723,984 |

We understand that WonderWork's projected revenue for 2015 is about $29 million, with expenses of $29 million. 2020 projections are $93 million and $55 million, respectively.

WON-EX 010778



©2013 Pearl Meyer & Partners

14

# Supporting Detail
## Peer Group 1: Traditional Peer Group CEO Pay

| Organization | Executive | Base Salary | Bonus | Total Cash base + bonus | Other Comp | Deferred Comp | Benefits | Total Compensation total cash + other + deferred + benefits |
|---|---|---|---|---|---|---|---|---|
| American Foundation For The Blind | Carl Augusto | $279,234 | $0 | $279,234 | $0 | $24,507 | $13,557 | $317,298 |
| American Liver Foundation | Rex Smith Jr. | $260,866 | $0 | $260,866 | $132 | $0 | $2,765 | $263,763 |
| American Lung Association | Charles Connor | $319,133 | $0 | $319,133 | $0 | $54,457 | $12,906 | $386,496 |
| Christian Relief Services | Bryan Krizek | $154,233 | $0 | $154,233 | $0 | $6,029 | $7,729 | $167,991 |
| Crohn's & Colitis Foundation of America | Richard Geswell | $461,748 | $60,000 | $521,748 | $0 | $29,034 | $21,613 | $572,395 |
| Cystic Fibrosis Foundation Headquarters | Robert Beall | $502,429 | $175,750 | $678,179 | $33,374 | $342,858 | $19,314 | $1,073,725 |
| Head Injury Association | Liz Giordano | $302,656 | $0 | $302,656 | $70,549 | $0 | $9,647 | $382,852 |
| Kids in Distressed Situations | Janice Weinman | $190,006 | $50,000 | $240,006 | $0 | $7,200 | $6,419 | $253,625 |
| Lupus Foundation of America | Sandra Raymond | $230,640 | $12,000 | $242,640 | $0 | $20,700 | $5,830 | $269,170 |
| National Parkinson Foundation | Joyce Oberdorf | $290,000 | $0 | $290,000 | $0 | $7,350 | $6,177 | $303,527 |
| National Society to Prevent Blindness | Timothy Gresham | $109,777 | $0 | $109,777 | $0 | $0 | $16,510 | $126,287 |
| Operation Smile | William Magee Jr | $306,250 | $0 | $306,250 | $0 | $21,375 | $870 | $328,495 |
| Oxfam-America | Raymond Offenheiser | $340,307 | $16,300 | $356,607 | $465 | $111,880 | $23,629 | $492,581 |
| World Hope International | --CEO data not available-- | | | | | | | |
| World Lung Foundation | Peter Baldini | $195,000 | $20,000 | $215,000 | $0 | $7,800 | $22,580 | $245,380 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 25th Percentile | $203,910 | | $240,665 | | | | $256,160 |
| | Median | $284,617 | | $284,617 | | | | $310,413 |
| | 75th Percentile | $315,912 | | $315,912 | | | | $385,585 |

WON-EX 010779



## Supporting Detail
### Peer Group 2: High Growth / Aspirational Non-Profit Peer Group

The following provides a list of institutions that have had a track record of growing revenues over the last several years. The size of these organizations is actually more comparable to the expected size of WonderWork in 2020.

| Organization | State | Income Statement | | Balance Sheet | |
|---|---|---|---|---|---|
| | | Revenues | Expenses | Assets | Liabilities |
| AIDS Healthcare Foundation | CA | $141,877,552 | $101,738,621 | $135,273,683 | $39,580,945 |
| American Lung Association | NY | $48,565,057 | $48,563,482 | $29,342,436 | $19,026,863 |
| Am. Soc. for Prevention of Cruelty to Animals (ASPCA) | NY | $148,247,629 | $145,507,016 | $213,706,112 | $30,794,533 |
| Children International | MO | $156,422,279 | $155,129,314 | $60,109,127 | $15,282,877 |
| Citihope International | NY | $125,329,513 | $120,173,075 | $9,560,340 | $688,867 |
| Crohn's & Colitis Foundation of America | NY | $50,905,534 | $49,604,872 | $23,007,692 | $16,795,118 |
| Environmental Defense Fund | NY | $96,358,261 | $88,540,355 | $153,964,992 | $16,930,820 |
| Heifer Project International | AR | $127,596,169 | $117,606,508 | $180,139,760 | $23,496,352 |
| Kids in Distressed Situations | NY | $82,207,086 | $82,012,346 | $2,328,561 | $230,786 |
| Operation Blessing Int'l Relief & Development | VA | $263,908,319 | $262,827,722 | $17,170,468 | $7,828,346 |
| Operation Smile | VA | $47,958,670 | $43,346,873 | $30,674,043 | $5,774,825 |
| Project Orbis International | NY | $86,928,876 | $81,479,054 | $46,708,977 | $1,492,608 |
| The Elizabeth Glaser Pediatric AIDS Foundation | DC | $161,703,471 | $164,151,044 | $33,317,641 | $21,734,395 |
| World Lung Foundation | NY | $57,889,653 | $36,847,763 | $31,532,689 | $2,424,360 |
| 25th Percentile | | $63,969,011 | $57,573,418 | $24,591,378 | $3,261,976 |
| Median | | $110,843,887 | $95,139,488 | $32,425,165 | $16,038,998 |
| 75th Percentile | | $146,655,110 | $139,173,531 | $116,482,544 | $21,057,512 |

We understand that WonderWork's projected revenue for 2015 is about $29 million, with expenses of $29 million. 2020 projections are $93 million and $91 million, respectively.



| Organization | Executive | Base Salary | Bonus | Total Cash base + bonus | Other Comp | Deferred Comp | Benefits | Total Compensation total cash + other + deferred + benefits |
|---|---|---|---|---|---|---|---|---|
| Aids Healthcare Foundation | Michael Weinstein | $262,650 | $92,550 | $355,200 | $0 | $23,458 | $1,850 | $380,508 |
| American Lung Association | Charles Connor | $319,133 | $0 | $319,133 | $0 | $54,457 | $12,906 | $386,496 |
| Am. Soc. for Prevention of Cruelty to Animals (ASPCA) | Edwin Sayres | $437,500 | $125,000 | $562,500 | $3,564 | $31,772 | $16,749 | $614,585 |
| Children International | James Cook | $433,829 | $0 | $433,829 | $22,750 | $21,752 | $18,663 | $496,994 |
| Citihope International | Rev. Paul S Moore Sr | $106,978 | $0 | $106,978 | $0 | $0 | $30,980 | $137,958 |
| Crohn's & Colitis Foundation of America | Richard Geswell | $461,748 | $60,000 | $521,748 | $0 | $29,034 | $21,613 | $572,395 |
| Environmental Defense Fund | Frederic Krupp | $407,510 | $26,000 | $433,510 | $0 | $35,904 | $17,670 | $487,084 |
| Helfer Project International | Pierre Ferrari | $290,625 | $0 | $290,625 | $0 | $0 | $36,044 | $326,669 |
| Kids in Distressed Situations | Janice Weinman | $190,006 | $50,000 | $240,006 | $0 | $7,200 | $6,419 | $253,625 |
| Operation Blessing International Relief & Development | Bill Horan | $331,623 | $147 | $331,770 | $1,663 | $0 | $11,889 | $345,322 |
| Operation Smile | William Magee Jr | $306,250 | $0 | $306,250 | $0 | $21,375 | $870 | $328,495 |
| Project Orbis International | Barbara Debuono | $230,433 | $0 | $230,433 | $0 | $0 | $19,240 | $249,673 |
| The Elizabeth Glaser Pediatric AIDS Foundation | Charles Lyons II | $358,284 | $72,500 | $430,784 | $23,032 | $87,150 | $19,831 | $560,797 |
| World Lung Foundation | Peter Baldini | $195,000 | $20,000 | $215,000 | $0 | $7,800 | $22,580 | $245,380 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 25th Percentile | | $238,487 | | $252,661 | | | | $271,886 |
| Median | | $312,692 | | $325,452 | | | | $362,915 |
| 75th Percentile | | $395,204 | | $432,829 | | | | $494,517 |

WON-EX 010781



## Supporting Detail
### Peer Group 3: High Growth For-Profit Company Peer Group

The following provides a list of publicly-traded institutions that have had a strong track record of growing revenues over the last several years. They are in range of industry sectors, but the common bond is rapid growth. The size of these organizations is also more comparable to the expected size of WonderWork in 2020.

| Organization | State | Income Statement | | Balance Sheet | | Sales Growth (CAGR) | | Market Cap |
|---|---|---|---|---|---|---|---|---|
| | | Revenues | Expenses | Assets | Liabilities | 5 Year | 10 Year | |
| Biolife Solutions | WA | $5,663,000 | $7,323,000 | $3,170,000 | $15,656,000 | 42% | 21% | $25,212,999 |
| Cavium | CA | $235,479,996 | $348,112,000 | $331,503,998 | $88,442,001 | 34% | N/A | $1,681,832,886 |
| Constant Contact | MA | $252,154,007 | $239,398,007 | $257,261,993 | $53,680,000 | 38% | N/A | $458,193,207 |
| Dexcom | CA | $99,900,002 | $154,400,002 | $106,000,000 | $29,000,000 | 85% | N/A | $1,472,660,156 |
| Document Security Sys | NY | $17,115,000 | $21,396,000 | $14,250,000 | $5,527,000 | 23% | 38% | $63,824,501 |
| Ebix | GA | $199,369,995 | $128,800,995 | $516,945,984 | $149,791,000 | 36% | 32% | $737,452,820 |
| Endologix | CA | $105,945,999 | $141,719,997 | $165,102,997 | $70,628,998 | 31% | 30% | $844,018,616 |
| Fab Universal | PA | $27,459,000 | $31,463,000 | $167,794,998 | $33,865,002 | 40% | 55% | $72,126,503 |
| Insulet | MA | $211,369,003 | $263,236,004 | $198,059,006 | $153,882,996 | 74% | N/A | $1,595,539,185 |
| Liveperson | NY | $157,408,997 | $151,053,997 | $208,576,004 | $38,333,000 | 25% | 34% | $508,920,685 |
| Logmein | MA | $138,837,006 | $135,271,006 | $279,537,994 | $94,901,001 | 39% | N/A | $618,765,930 |
| Mako Surgical | FL | $102,719,002 | $135,270,000 | $166,901,993 | $26,065,001 | 166% | N/A | $580,215,515 |
| Meetme | PA | $46,657,001 | $56,965,001 | $104,434,998 | $18,913,000 | 192% | 117% | $57,192,001 |
| Merge Healthcare | IL | $250,959,000 | $279,761,000 | $436,852,997 | $359,391,998 | 33% | 28% | $308,437,805 |
| Opentable | CA | $161,632,004 | $137,660,004 | $237,246,994 | $69,332,001 | 31% | N/A | $1,519,626,099 |
| Procera Networks | CA | $59,626,999 | $54,295,999 | $167,037,994 | $20,233,000 | 55% | N/A | $303,288,513 |
| Sourcefire | MD | $223,089,996 | $218,062,996 | $364,674,011 | $119,547,997 | 32% | N/A | $1,743,098,022 |
| Star Scientific | VA | $6,188,000 | $29,041,001 | $31,924,000 | $6,940,000 | 68% | -25% | $248,073,105 |
| Universal Display | NJ | $83,244,003 | $73,584,003 | $385,523,987 | $35,289,001 | 49% | 42% | $1,374,518,188 |
| USA Technologies | PA | $29,017,000 | $34,228,000 | $33,220,001 | $11,565,000 | 26% | 33% | $60,499,802 |
| | 25th Percentile | $42,247,001 | $49,278,999 | $105,608,749 | $19,903,000 | 32% | N/A | $204,086,454 |
| | Median | $104,332,500 | $135,270,503 | $182,927,002 | $36,811,001 | 38% | N/A | $544,568,100 |
| | 75th Percentile | $202,369,747 | $170,315,750 | $292,529,495 | $90,056,751 | 58% | N/A | $1,399,053,680 |

We understand that WonderWork's projected revenue for 2015 is about $29 million, with expenses of $29 million. 2020 projections are $93 million and $95 million, respectively.


WON-EX 010782



| Company | Executive | Base Salary | Bonus | Total Cash base + bonus | Other Comp | Long-term Incentives (LTI) | Total Compensation total cash + other + LTI |
|---|---|---|---|---|---|---|---|
| Biolife Solutions | Michael Rice | $285,002 | $150,000 | $435,002 | $24,143 | $0 | $459,145 |
| Cavium | Syed B. Ali | $350,000 | $0 | $350,000 | $2,715 | $3,760,133 | $4,112,848 |
| Constant Contact | Gail F. Goodman | $450,000 | $300,797 | $750,797 | $11,030 | $476,831 | $1,238,658 |
| Dexcom | Terrance H. Gregg | $420,000 | $466,200 | $886,200 | $12,284 | $1,891,932 | $2,790,416 |
| Document Security Sys | Patrick White | $198,450 | $12,000 | $210,450 | $14,688 | $0 | $225,138 |
| Ebix | Robin Raina | $800,000 | $1,600,000 | $2,400,000 | $9,675 | $525,000 | $2,934,675 |
| Endologix | John McDermott | $431,200 | $229,614 | $660,814 | $0 | $1,369,750 | $2,030,564 |
| Fab Universal | Christopher Spencer | $241,322 | $100,000 | $341,322 | $0 | $0 | $341,322 |
| Insulet | Duane DeSisto | $422,981 | $245,758 | $668,739 | $7,500 | $2,175,051 | $2,851,290 |
| Liveperson | Robert P. LoCascio | $500,189 | $268,200 | $768,389 | $6,907 | $855,030 | $1,630,326 |
| Logmein | Michael K. Simon | $371,000 | $208,688 | $579,688 | $13,352 | $3,961,200 | $4,554,240 |
| Mako Surgical | Maurice R. Ferré M.D. | $455,821 | $0 | $455,821 | $3,750 | $1,048,128 | $1,507,699 |
| Meetme | John Abbott | $250,000 | $216,000 | $466,000 | $0 | $0 | $466,000 |
| Merge Healthcare | Jeffery A. Surges | $450,000 | $0 | $450,000 | $18,427 | $549,720 | $1,018,147 |
| Opentable | Matthew Roberts | $500,000 | $0 | $500,000 | $500 | $8,037,487 | $8,537,987 |
| Procera Networks | James F. Brear | $345,000 | $450,708 | $795,708 | $0 | $1,753,271 | $2,548,979 |
| Sourcefire | Martin F. Roesch | $324,250 | $223,003 | $547,253 | $0 | $711,285 | $1,258,538 |
| Star Scientific | Jonnie R. Williams Sr. | $1,000,000 | $0 | $1,000,000 | $117,641 | $12,263,635 | $13,381,276 |
| Universal Display | Steven V. Abramson | $561,400 | $438,750 | $1,000,150 | $31,110 | $438,708 | $1,469,968 |
| USA Technologies | Stephen P. Herbert | $332,246 | $40,000 | $372,246 | $18,748 | $391,300 | $782,294 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 25th Percentile | $330,247 | | $446,251 | | | $959,184 |
| | Median | $421,491 | | $563,471 | | | $1,569,013 |
| | 75th Percentile | $466,866 | | $775,219 | | | $2,872,136 |


WON-EX 010783



## Supporting Detail
### Peer Group 4: Foundation Peer Group

The following provides a list of large foundations, some of which have strong reputations for innovative approaches and an ability to raise funds. These institutions *could* represent a viable employment alternative for Mr. Mullaney as a member of the senior management group. Note that a larger group of foundations was originally developed, and only those that compensate executives are included below.

| Organization | State | Income Statement | | Balance Sheet | |
|---|---|---|---|---|---|
| | | Revenues | Expenses | Assets | Liabilities |
| Bill & Melinda Gates Foundation | WA | $3,959,278,622 | $4,957,299,731 | $34,640,122,664 | $5,804,382,745 |
| Conrad N Hilton Foundation | NV | $46,510,572 | $99,365,775 | $2,125,048,563 | $93,851,179 |
| David and Lucile Packard Foundation | CA | $3,110,079,563 | $284,318,325 | $6,100,637,478 | $157,961,977 |
| Ford Foundation | NY | $6,027,284,758 | $564,371,235 | $10,498,932,621 | $301,352,951 |
| Harry & Jeanette Weinberg Foundation | MD | $601,857,609 | $107,247,858 | $2,072,697,349 | $14,285,661 |
| John S. and James L. Knight Foundation | FL | $4,030,420,323 | $111,632,757 | $2,137,010,922 | $163,103,878 |
| Kresge Foundation | MI | $4,490,222 | $174,924,549 | $3,025,786,097 | $111,645,769 |
| Rockefeller Foundation | NY | $545,183,231 | $192,945,348 | $3,507,144,871 | $109,400,443 |
| W K Kellogg Foundation | MI | $482,307,276 | $382,532,302 | $465,120,046 | $316,213,886 |
| William & Flora Hewlett Foundation | CA | $74,618,958 | $276,837,531 | $7,377,220,546 | $492,687,791 |
| 25th Percentile | | $176,541,038 | $127,455,705 | $2,128,039,153 | $109,961,775 |
| Median | | $573,520,420 | $234,891,440 | $3,266,465,484 | $160,532,928 |
| 75th Percentile | | $3,746,978,857 | $357,978,808 | $7,058,074,779 | $312,498,652 |

WON-EX 010784


Pearl Meyer & Partners

©2012 Pearl Meyer & Partners

## Supporting Detail
### Peer Group 4: Foundation Peer Group 3rd Highest Paid Executive Pay

Note: foundations are only required to report aggregate compensation values.

| Organization | Executive | Title | Total Cash base + bonus | Total Compensation total cash + other + deferred + benefits |
|---|---|---|---|---|
| Bill & Melinda Gates Foundation | Allan Golston | President, US Program | $581,957 | $652,363 |
| Conrad N Hilton Foundation | Jaejoon Kang | Director of Investments | $371,195 | $418,464 |
| David and Lucile Packard Foundation | George Vera | VP & CFO | $531,490 | $579,331 |
| Ford Foundation | Nicholas Gabriel | VP, CFO & Treasurer | $416,437 | $551,103 |
| Harry & Jeanette Weinberg Foundation | Rachel Monroe | President | $406,208 | $463,818 |
| John S. and James L. Knight Foundation | Paula Ellis | VP, Strategic Initiatives | $298,791 | $349,854 |
| Kresge Foundation | Amy Coleman | VP, Finance | $251,304 | $332,114 |
| Rockefeller Foundation | Peter Madonia | Chief Operations Officer | $498,589 | $561,539 |
| W K Kellogg Foundation | Lajune Tabron | EVP for Operations & Treasurer | $317,161 | $482,977 |
| William & Flora Hewlett Foundation | Susan Bell | Vice President | $333,694 | $452,751 |

| | | | | |
|---|---|---|---|---|
| | | 25th Percentile | $321,294 | $427,036 |
| | | Median | $388,702 | $473,398 |
| | | 75th Percentile | $478,051 | $558,930 |

WON-EX 010785


Pearl Meyer & Partners
Correctional Compensation

21

©2012 Pearl Meyer & Partners