FAEGRE DRINKER BIDDLE & REATH LLP
1177 Avenue of the Americas, 41st Floor
New York, New York 10036-2714
Telephone:  (212) 248-3140
Facsimile:  (212) 248-3141
E-mail:  frank.velocci@dbr.com

Frank F. Velocci, Esq.
*Attorney for Theodore Dysart*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X
In re:

WONDERWORK, INC.,

------------------------------------------------------------:
VINCENT A. SAMA, as Litigation Trustee
of the WW LITIGATION TRUST,

                      **Plaintiff,**

   -against-

**BRIAN MULLANEY, HANA FUCHS,**
**THEODORE DYSART, RAVI KANT,**
**JOHN J. CONEYS, STEVEN LEVITT,**
**CLARK KOKICH, STEVEN RAPPAPORT,**
**RICHARD PRICE, and MARK ATKINSON**

                    **Defendants.**
------------------------------------------------------------X

**Chapter 11**

**Case No. 16-13607 (SMB)**

**Adv. No. 18-1873 (SMB)**

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Defendants' Motions to Dismiss the Trustee's Amended Complaint have been scheduled before the Honorable Stuart M. Bernstein, at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, Courtroom 723, on **May 14, 2020**, at 10:00 a.m.

Dated: New York, New York
       March 27, 2020

Respectfully submitted,

By: /s/ Frank F. Velocci
Frank F. Velocci, Esq.
FAEGRE DRINKER BIDDLE & REATH LLP
1177 Avenue of the Americas, 41st Floor
New York, NY 10036-2714
Tel: (212) 248-3140
frank.velocci@dbr.com

*Attorney for Theodore Dysart*