EXHIBIT A

**6-Year Fraudulent Conveyances to Mullaney**

**Mullaney Bonus Payments**

| Payment Date | Payment Type | Amount |
|---|---|---|
| Jul-13 | Bonus | 250,000.00 |
| Jul-14 | Bonus | 250,000.00 |
| Jul-15 | Bonus | 200,000.00 |
| Jul-16 | Bonus (per Employment Agreement) | 250,000.00 |
| **TOTAL** | | **950,000.00** |

**Other Expenses**

| Payment Date | Ledger Note | Amount |
|---|---|---|
| 10/08/2014 | Reimbursement of personal expense on AmEx card 10/2/14 | 5,994.40 |
| 12/31/2014 | Reimbursed personal expense | 180.00 |
| 08/15/2016 | Reimbursed out of pocket expenses | 2,194.00 |
| **TOTAL** | | **8,368.40** |

| **TOTAL FOR ALL CATEGORIES** | **$958,368.40** |
|---|---|