# EXHIBIT B

**Exhibit B**

**2-Year Fraudulent Transfers to Mullaney**

**Mullaney Salary and Bonus Payments**

| Payment Date | Payment Type | Amount |
|---|---|---|
| Jul-15 | Bonus | 200,000.00 |
| Jul-16 | Bonus (per Employment Agreement) | 250,000.00 |
| **TOTAL** | | **450,000.00** |

**Other Expenses**

| Payment Date | Ledger Note | Amount |
|---|---|---|
| 08/15/2016 | Reimbursed out of pocket expenses | 2,194.00 |
| **TOTAL** | | **2,194.00** |

| TOTAL FOR ALL CATEGORIES | $452,194.00 |
|---|---|

**2-Year Fraudulent Conveyances Made for the Benefit of Mullaney**

**Life Insurance Premium Payments**

| Payment Date | Payment Type | Amount |
|---|---|---|
| 10/26/2015 | The US Life Insurance Co. | 326.81 |
| 11/14/2015 | The US Life Insurance Co. | 326.81 |
| 12/11/2015 | The US Life Insurance Co. | 326.81 |
| 01/14/2016 | The US Life Insurance Co. | 326.81 |
| 02/13/2016 | The US Life Insurance Co. | 326.81 |
| 03/12/2016 | The US Life Insurance Co. | 326.81 |
| 03/18/2016 | Lincoln National Life Insurance Company | 4,945.03 |
| 09/20/2016 | Lincoln National Life Insurance Company | 4,945.03 |
| **TOTAL** | | 6,579.08 11,850.92 |

**Other Expenses**

| Payment Date | Ledger Note | Amount |
|---|---|---|
| 08/15/2016 | Reimbursed out of pocket expenses | 2,194.00 |
| 8/16/2016 | Payment of personal legal bill taken as a deduction from salary | 378.63 |
| 10/19/2016 | Payment of personal travel expense taken as a deduction from salary | 8,333.33 |
| 10/31/2016 | Payment of personal expense taken as a deduction from salary | 500.00 |
| **TOTAL** | | 11,405.96 |

**American Express Expenses**

| Payment Date Range | Payment Type | Amount |
|---|---|---|
| 12/24/2014 - 12/27/2015 | American Express | 133,955.42 |
| 12/28/2015 - 12/27/2016 | American Express | 117,315.62 |
| **TOTAL** | | 251,271.04 |

**Mullaney Personal Legal Fees**

| Payment Date | Law Firm / Ledger Note | Amount |
|---|---|---|
| 2/28/2015 | Kaplan Kravet & Vogel P.C. / ST vs Mullaney | 1,972.00 |
| 2/28/2015 | Kaplan Kravet & Vogel P.C. / Mullaney Subpoena ST vs Ferris | 1,598.00 |
| 7/31/2016 | Kaplan Kravet & Vogel P.C. / "One Smile at a Time" | 378.63 |
| **TOTAL** | | **3,948.63** |

**AmEx Payments**

| Date | Amount | Description | Recovery Sought |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 12/30/2014 | 483.94 | Langham Place - Mullaney weekly NY hotel | 483.94 |
| 12/30/2014 | 28.00 | Parking Fees MA | 28.00 |
| 12/30/2014 | 28.00 | Parking Fees MA | 28.00 |
| 01/05/2015 | 400.00 | Flight - NY to Zurich | Amount corresponding to benefit that Mullaney received over and above reasonably equivalent value to Debtor to be determined by additional discovery, including expert discovery. |
| 01/05/2015 | 15.96 | Boston Globe Subscription | 15.96 |
| 01/06/2015 | 284.63 | Langham Place - Mullaney weekly NY hotel | 284.63 |
| 01/07/2015 | 64.29 | Taxi - Zurich | Amount corresponding to benefit that Mullaney received over and above reasonably equivalent value to Debtor to be determined by additional discovery, including expert discovery. |
| 01/07/2015 | 373.78 | Sofitel Hotel, London | Amount corresponding to benefit that Mullaney received over and above reasonably equivalent value to Debtor to be determined by additional discovery, including expert discovery. |
| 01/08/2015 | 70.35 | Taxi - Zurich | Amount corresponding to benefit that Mullaney received over and above reasonably equivalent value to Debtor to be determined by additional discovery, including expert discovery. |
| 01/11/2015 | 24.99 | WSJ Subscription | 24.99 |
| 01/12/2015 | 30.00 | AT&T Cell Phone Plan | 30.00 |
| 01/14/2015 | 285.08 | AT&T Cell Phone Plan | 285.08 |

| | | | |
|---|---|---|---|
| 01/15/2015 | 4,196.13 | Flight - NY to India for Eve Claxton, writer of Mullaney's personal book | 4,196.13 |
| 01/15/2015 | 286.81 | Flight - Varanasi to Delhi for Eve Claxton, writer of Mullaney's personal book | 286.81 |
| 01/15/2015 | 286.81 | Flight - Varanasi to Delhi | Amount corresponding to benefit that Mullaney received over and above reasonably equivalent value to Debtor to be determined by additional discovery, including expert discovery. |
| 01/15/2015 | 406.32 | Flight - Delhi to Patna for Eve Claxton, writer of Mullaney's personal book | 406.32 |
| 01/15/2015 | 406.32 | Flight - Delhi to Patna | Amount corresponding to benefit that Mullaney received over and above reasonably equivalent value to Debtor to be determined by additional discovery, including expert discovery. |
| 01/15/2015 | 4,987.83 | Flight - Boston to Delhi | Amount corresponding to benefit that Mullaney received over and above reasonably equivalent value to Debtor to be determined by additional discovery, including expert discovery. |
| 01/19/2015 | 361.00 | Amtrak - Mullaney commute | 361.00 |
| 01/23/2015 | 666.12 | Langham Place - Mullaney weekly NY hotel | 666.12 |
| 01/23/2015 | 42.00 | Parking Fees MA | 42.00 |
| 01/25/2015 | 304.00 | Amtrak - Mullaney commute | 304.00 |

| Date | Amount | Description | Notes |
|---|---|---|---|
| 01/27/2015 | 245.00 | Amtrak - Mullaney commute | 245.00 |
| 01/28/2015 | 89.00 | Communication Arts Magazine Subscription | 89.00 |
| 01/31/2015 | 191.00 | Amtrak - Mullaney commute | 191.00 |
| 01/31/2015 | 1,001.68 | Langham Place - Mullaney weekly NY hotel | 1,001.68 |
| 01/31/2015 | 56.00 | Parking Fees MA | 56.00 |
| 02/01/2015 | 1,532.10 | Flight - LA to Boston | Amount corresponding to benefit that Mullaney received over and above reasonably equivalent value to Debtor to be determined by additional discovery, including expert discovery. |
| 02/01/2015 | 2,507.10 | Flight - NY to LA | Amount corresponding to benefit that Mullaney received over and above reasonably equivalent value to Debtor to be determined by additional discovery, including expert discovery. |
| 02/02/2015 | 15.96 | Boston Globe Subscription | 15.96 |
| 02/03/2015 | 324.87 | Langham Place - Mullaney weekly NY hotel | 324.87 |
| 02/05/2015 | 302.00 | Amtrak - Mullaney commute | 302.00 |
| 02/05/2015 | 481.07 | Hertz - rental car, LA, 2/3/15-2/5/15 | Amount corresponding to benefit that Mullaney received over and above reasonably equivalent value to Debtor to be determined by additional discovery, including expert discovery. |
| 02/05/2015 | 56.00 | Parking Fees MA | 56.00 |

| 02/06/2015 | 59.95 | SLS Hotel Beverly Hills, LA | Amount corresponding to benefit that Mullaney received over and above reasonably equivalent value to Debtor to be determined by additional discovery, including expert discovery. |
|---|---|---|---|
| 02/06/2015 | 1,232.69 | SLS Hotel Beverly Hills, LA, 2 nights | Amount corresponding to benefit that Mullaney received over and above reasonably equivalent value to Debtor to be determined by additional discovery, including expert discovery. |
| 02/09/2015 | 284.63 | Langham Place - Mullaney weekly NY hotel | 284.63 |
| 02/09/2015 | 28.00 | Parking Fees MA | 28.00 |
| 02/11/2015 | 30.00 | AT&T Cell Phone Plan | 30.00 |
| 02/11/2015 | 24.99 | WSJ Subscription | 24.99 |
| 02/13/2015 | 40.00 | Parking Fees MA | 40.00 |
| 02/14/2015 | 226.00 | Amtrak - Mullaney commute | 226.00 |
| 02/14/2015 | 382.00 | Amtrak - Mullaney commute | 382.00 |
| 02/14/2015 | 262.93 | AT&T Cell Phone Plan | 262.93 |
| 02/17/2015 | 281.98 | Flight - Orlando to NY, flight home from HMS hearings (there were no HMS hearings in Orlando) | 281.98 |
| 02/18/2015 | 386.93 | Langham Place - Mullaney weekly NY hotel | 386.93 |
| 02/18/2015 | 365.10 | Amtrak - Mullaney commute | 365.10 |
| 02/18/2015 | 47.78 | Flight fee - Mullaney commute | 47.78 |
| 02/19/2015 | 42.00 | Parking Fees MA | 42.00 |

| | | | |
|---|---|---|---|
| 02/20/2015 | 70.74 | Borrow Lenses - Camera/Lens Rental | 70.74 |
| 02/20/2015 | 228.79 | Borrow Lenses - Camera/Lens Rental | 228.79 |
| 02/22/2015 | 83.55 | Taxi - Boston, taxi home after flight cancelled | Amount corresponding to benefit that Mullaney received over and above reasonably equivalent value to Debtor to be determined by additional discovery, including expert discovery. |
| 02/22/2015 | 25.00 | JetBlue upgrade, India trip | 25.00 |
| 02/22/2015 | 90.00 | Car Service - Boston | Amount corresponding to benefit that Mullaney received over and above reasonably equivalent value to Debtor to be determined by additional discovery, including expert discovery. |
| 02/25/2015 | 945.19 | The Imperial New Delhi - hotel, India trip | Amount corresponding to benefit that Mullaney received over and above reasonably equivalent value to Debtor to be determined by additional discovery, including expert discovery. |
| 02/25/2015 | 1,207.46 | The Imperial New Delhi - hotel, India trip | Amount corresponding to benefit that Mullaney received over and above reasonably equivalent value to Debtor to be determined by additional discovery, including expert discovery. |
| 02/26/2015 | 4,590.50 | Flight - Kigali, Rwanda to Boston | Amount corresponding to benefit that Mullaney received over and above reasonably equivalent value to Debtor to be determined by additional discovery, including expert discovery. |

| 03/01/2015 | 496.38 | ITC Maurya New Delhi - hotel, India trip | Amount corresponding to benefit that Mullaney received over and above reasonably equivalent value to Debtor to be determined by additional discovery, including expert discovery. |
|---|---|---|---|
| 03/01/2015 | 203.00 | Parking Fees MA | Amount corresponding to benefit that Mullaney received over and above reasonably equivalent value to Debtor to be determined by additional discovery, including expert discovery. |
| 03/02/2015 | 15.96 | Boston Globe Subscription | 15.96 |
| 03/06/2015 | 342.00 | Amtrak - Mullaney commute | 342.00 |
| 03/10/2015 | 30.13 | Sir Harry's, NY Restaurant, drinks | 30.13 |
| 03/11/2015 | 24.99 | WSJ Subscription | 24.99 |
| 03/11/2015 | 577.26 | Langham Place - Mullaney weekly NY hotel | 577.26 |
| 03/11/2015 | 42.00 | Parking Fees MA | 42.00 |
| 03/13/2015 | 382.00 | Amtrak - Mullaney commute | 382.00 |
| 03/13/2015 | 30.00 | AT&T Cell Phone Plan | 30.00 |
| 03/14/2015 | 161.99 | AT&T Cell Phone Plan | 161.99 |
| 03/18/2015 | 637.81 | Langham Place - Mullaney weekly NY hotel | 639.81 |
| 03/18/2015 | 42.00 | Parking Fees MA | 42.00 |
| 03/27/2015 | 304.00 | Amtrak - Mullaney commute | 304.00 |
| 03/30/2015 | 15.96 | Boston Globe Subscription | 15.96 |
| 04/01/2015 | 19.00 | Amtrak - Mullaney commute | 19.00 |

| 04/01/2015 | 738.83 | Langham Place - Mullaney weekly NY hotel | 738.83 |
| 04/01/2015 | 42.00 | Parking Fees MA | 42.00 |
| 04/03/2015 | 667.00 | Micato Safaris - Africa trip | Amount corresponding to benefit that Mullaney received over and above reasonably equivalent value to Debtor to be determined by additional discovery, including expert discovery. |
| 04/05/2015 | 323.00 | Amtrak - Mullaney commute | 323.00 |
| 04/07/2015 | 19.00 | Amtrak - Mullaney commute | 19.00 |
| 04/07/2015 | 4,457.85 | Castle Hill Inn, RI | 4,457.85 |
| 04/07/2015 | 106.00 | Frankie and Johnnies, NY restaurant | 106.00 |
| 04/08/2015 | 100.00 | Change.org online petition | 100.00 |
| 04/08/2015 | 636.52 | Langham Place - Mullaney weekly NY hotel | 636.52 |
| 04/08/2015 | 42.00 | Parking Fees MA | 42.00 |
| 04/10/2015 | 342.00 | Amtrak - Mullaney commute | 342.00 |
| 04/11/2015 | 24.99 | WSJ Subscription | 24.99 |
| 04/12/2015 | 30.00 | AT&T Cell Phone Plan | 30.00 |
| 04/14/2015 | 334.28 | AT&T Cell Phone Plan | 334.28 |
| 04/15/2015 | 85.00 | Amtrak - Mullaney commute | 85.00 |
| 04/15/2015 | 728.29 | Langham Place - Mullaney weekly NY hotel | 728.29 |
| 04/15/2015 | 42.00 | Parking Fees MA | 42.00 |
| 04/17/2015 | 361.00 | Amtrak - Mullaney commute | 361.00 |
| 04/21/2015 | 543.47 | Langham Place - Mullaney weekly NY hotel | 543.47 |

| 04/21/2015 | 28.00 | Parking Fees MA | 28.00 |
|---|---|---|---|
| 04/27/2015 | 15.96 | Boston Globe Subscription | 15.96 |
| 04/28/2015 | 390.93 | Langham Place - Mullaney weekly NY hotel | 390.93 |
| 04/28/2015 | 55.30 | Parking Fees CT | 55.30 |
| 04/29/2015 | 283.00 | Amtrak - Mullaney commute | 283.00 |
| 04/29/2015 | 382.00 | Amtrak - Mullaney commute | 382.00 |
| 05/01/2015 | 6.53 | Langham Place - Mullaney weekly NY hotel | 6.53 |
| 05/01/2015 | 284.63 | Langham Place - Mullaney weekly NY hotel | 284.63 |
| 05/01/2015 | 28.00 | Parking Fees MA | 28.00 |
| 05/07/2015 | 65.00 | JetBlue extra leg room, Dallas trip | 65.00 |
| 05/07/2015 | 65.00 | JetBlue extra leg room, Dallas trip | 65.00 |
| 05/07/2015 | 163.31 | Scott's Flowers delivery | 163.31 |
| 05/08/2015 | 613.26 | Langham Place - Mullaney weekly NY hotel | 613.26 |
| 05/08/2015 | 42.00 | Parking Fees MA | 42.00 |
| 05/11/2015 | 382.00 | Amtrak - Mullaney commute | 382.00 |
| 05/11/2015 | 24.99 | WSJ Subscription | 24.99 |
| 05/12/2015 | 30.00 | AT&T Cell Phone Plan | 30.00 |
| 05/13/2015 | 219.61 | Hertz - rental car, Dallas | Amount corresponding to benefit that Mullaney received over and above reasonably equivalent value to Debtor to be determined by additional discovery, including expert discovery. |
| 05/14/2015 | 162.51 | AT&T Cell Phone Plan | 162.51 |

| | | | |
|---|---:|---|---:|
| 05/14/2015 | 255.10 | Flight - to NJ for MCJ Amelior Foundation (gives grants for mentoring and youth) | Amount corresponding to benefit that Mullaney received over and above reasonably equivalent value to Debtor to be determined by additional discovery, including expert discovery. |
| 05/15/2015 | 1,364.20 | Flight to SF | Amount corresponding to benefit that Mullaney received over and above reasonably equivalent value to Debtor to be determined by additional discovery, including expert discovery. |
| 05/17/2015 | 1,581.70 | Donation - Chicago charity | 1,581.70 |
| 05/20/2015 | 958.64 | Langham Place - Mullaney weekly NY hotel | 958.64 |
| 05/20/2015 | 42.00 | Parking Fees MA | 42.00 |
| 05/22/2015 | 304.00 | Amtrak - Mullaney commute | 304.00 |
| 05/25/2015 | 15.96 | Boston Globe Subscription | 15.96 |
| 05/27/2015 | 288.63 | Langham Place - Mullaney weekly NY hotel | 288.63 |
| 05/27/2015 | 28.00 | Parking Fees MA | 28.00 |
| 05/28/2015 | 1,050.00 | Sightsailing | 1,050.00 |
| 06/01/2015 | 7,060.20 | Flight - Boston to Dar es Salaam | Amount corresponding to benefit that Mullaney received over and above reasonably equivalent value to Debtor to be determined by additional discovery, including expert discovery. |
| 06/02/2015 | 108.73 | Andronico's Community Markets, wine, CA trip | 108.73 |
| 06/02/2015 | 15.99 | Special service ticket, CA trip | 15.99 |

| 06/03/2015 | 406.11 | Dinah's Garden Hotel, CA trip | Amount corresponding to benefit that Mullaney received over and above reasonably equivalent value to Debtor to be determined by additional discovery, including expert discovery. |
|---|---|---|---|
| 06/03/2015 | 153.43 | Hertz - rental car, CA, 6/2/15-6/3/15 | Amount corresponding to benefit that Mullaney received over and above reasonably equivalent value to Debtor to be determined by additional discovery, including expert discovery. |
| 06/04/2015 | 58.00 | Parking Fees MA | 58.00 |
| 06/05/2015 | 3.00 | Parking Fees MA | 3.00 |
| 06/05/2015 | 85.00 | TSA Pre-Check Application | 85.00 |
| 06/08/2015 | 105.11 | Hertz - rental car, NJ to NY, 6/8/15 | Amount corresponding to benefit that Mullaney received over and above reasonably equivalent value to Debtor to be determined by additional discovery, including expert discovery. |
| 06/09/2015 | 368.36 | Flight - NY to Boston, Mullaney commute | 368.36 |
| 06/10/2015 | 609.95 | Langham Place - Mullaney weekly NY hotel | 609.95 |
| 06/10/2015 | 87.00 | Parking Fees MA | 87.00 |
| 06/11/2015 | 30.00 | AT&T Cell Phone Plan | 30.00 |
| 06/11/2015 | 24.99 | WSJ Subscription | 24.99 |
| 06/14/2015 | 163.88 | AT&T Cell Phone Plan | 163.88 |
| 06/22/2015 | 15.96 | Boston Globe Subscription | 15.96 |
| 07/04/2015 | 352.00 | Amtrak - Mullaney commute | 352.00 |
| 07/06/2015 | 234.73 | 230 Fifth - NY Restaurant, drinks | 234.73 |

| 07/06/2015 | 21.00 | Amtrak - Mullaney commute | 21.00 |
|---|---|---|---|
| 07/06/2015 | 429.09 | Dos Caminos - NY Restaurant | 429.09 |
| 07/07/2015 | 333.00 | Langham Place - Mullaney weekly NY hotel | 333.00 |
| 07/08/2015 | 331.22 | AT&T Cell Phone Plan | 331.22 |
| 07/10/2015 | 326.00 | Amtrak - Mullaney commute | 326.00 |
| 07/11/2015 | 30.00 | AT&T Cell Phone Plan | 30.00 |
| 07/11/2015 | 24.99 | WSJ Subscription | 24.99 |
| 07/14/2015 | 334.74 | Langham Place - Mullaney weekly NY hotel | 334.74 |
| 07/20/2015 | 27.72 | Boston Globe Subscription | 27.72 |
| 07/21/2015 | 58.90 | Hudson News - Boston | 58.90 |
| 07/21/2015 | 14.00 | Parking Fees MA | 14.00 |
| 07/22/2015 | 131.96 | Newport Mansion Tours tickets, RI | 131.96 |
| 07/22/2015 | 36.88 | Rite Aid, RI | 36.88 |
| 07/22/2015 | 507.12 | The Clarke Cooke House, RI Restaurant | 507.12 |
| 07/23/2015 | 19.89 | 7-Eleven, RI | 19.89 |
| 07/23/2015 | 402.90 | The Black Pearl Restaurant, RI | 402.90 |
| 07/23/2015 | 24.50 | Sayer's Wharf | 24.50 |
| 07/24/2015 | 8.64 | Castle Hill Inn, RI | 8.64 |
| 07/24/2015 | 28.08 | Castle Hill Inn, RI | 28.08 |
| 07/24/2015 | 784.43 | Castle Hill Inn, RI | 784.43 |
| 07/29/2015 | 71.00 | Cross Sound Ferry, New London, CT | 71.00 |
| 07/30/2015 | 284.63 | Langham Place - Mullaney weekly NY hotel | 284.63 |
| 07/30/2015 | 50.00 | Parking Fees NY | 50.00 |
| 08/01/2015 | 216.00 | Amtrak - Mullaney commute | 216.00 |
| 08/06/2015 | 72.00 | Parking Fees RI | 72.00 |

| 08/06/2015 | 762.49 | Langham Place - Mullaney weekly NY hotel | 762.49 |
| 08/08/2015 | 272.00 | Amtrak - Mullaney commute | 272.00 |
| 08/09/2015 | 3.00 | Parking Fees MA | 3.00 |
| 08/10/2015 | 30.00 | AT&T Cell Phone Plan | 30.00 |
| 08/10/2015 | 860.89 | AT&T Cell Phone Plan | 860.89 |
| 08/11/2015 | 24.99 | WSJ Subscription | 24.99 |
| 08/11/2015 | 40.00 | Parking Fees RI | 40.00 |
| 08/11/2015 | 371.98 | Langham Place - Mullaney weekly NY hotel | 371.98 |
| 08/12/2015 | 186.00 | Amtrak - Mullaney commute | 186.00 |
| 08/17/2015 | 1,000.00 | Tickets (2) for Year Up Inc. Gala | 1,000.00 |
| 08/18/2015 | 27.72 | Boston Globe Subscription | 27.72 |
| 08/19/2015 | 40.00 | Parking Fees RI | 40.00 |
| 08/19/2015 | 47.91 | Langham Place - Mullaney weekly NY hotel | 47.91 |
| 08/19/2015 | 304.22 | Langham Place - Mullaney weekly NY hotel | 304.22 |
| 08/20/2015 | 150.29 | Hi-Time Wine Cellars | 150.29 |
| 08/26/2015 | 288.63 | Langham Place - Mullaney weekly NY hotel | 288.63 |
| 08/26/2015 | 28.00 | Parking Fees MA | 28.00 |
| 08/31/2015 | 265.00 | Amtrak - Mullaney commute | 265.00 |
| 09/01/2015 | 59.00 | Amtrak - Mullaney commute | 59.00 |
| 09/02/2015 | 285.00 | Amtrak - Mullaney commute | 285.00 |
| 09/02/2015 | 284.63 | Langham Place - Mullaney weekly NY hotel | 284.63 |
| 09/02/2015 | 28.00 | Parking Fees MA | 28.00 |

| | | | |
|---|---|---|---|
| 09/07/2015 | 148.00 | Amtrak - Mullaney commute | 148.00 |
| 09/09/2015 | 30.00 | AT&T Cell Phone Plan | 30.00 |
| 09/10/2015 | 166.73 | AT&T Cell Phone Plan | 166.73 |
| 09/10/2015 | 6.53 | Langham Place - Mullaney weekly NY hotel | 6.53 |
| 09/10/2015 | 659.47 | Langham Place - Mullaney weekly NY hotel | 659.47 |
| 09/10/2015 | 42.00 | Parking Fees MA | 42.00 |
| 09/11/2015 | 24.99 | WSJ Subscription | 24.99 |
| 09/14/2015 | 27.72 | Boston Globe Subscription | 27.72 |
| 09/15/2015 | 324.00 | Amtrak - Mullaney commute | 324.00 |
| 09/15/2015 | 1,000.00 | Donation - Year Up Inc. (at gala) | 1,000.00 |
| 09/18/2015 | 288.63 | Langham Place - Mullaney weekly NY hotel | 288.63 |
| 09/18/2015 | 28.00 | Parking Fees MA | 28.00 |
| 09/20/2015 | 113.00 | Amtrak - Mullaney commute | 113.00 |
| 09/21/2015 | 69.00 | Amtrak - Mullaney commute | 69.00 |
| 09/22/2015 | 39.99 | Ship Sticks (golf club shipping) | 39.99 |
| 09/24/2015 | 631.52 | Langham Place - Mullaney weekly NY hotel | 631.52 |
| 10/02/2015 | 403.26 | Langham Place - Mullaney weekly NY hotel | 403.26 |
| 10/07/2015 | 577.26 | Langham Place - Mullaney weekly NY hotel | 577.26 |
| 10/13/2015 | 321.41 | Langham Place - Mullaney weekly NY hotel | 321.41 |
| 10/20/2015 | 389.11 | Langham Place - Mullaney weekly NY hotel | 389.11 |

| 10/31/2015 | 9.80 | Langham Place - Mullaney weekly NY hotel | 9.80 |
|---|---|---|---|
| 10/31/2015 | 644.26 | Langham Place - Mullaney weekly NY hotel | 644.26 |
| 11/03/2015 | 372.00 | Amtrak - Mullaney commute | 372.00 |
| 11/05/2015 | 489.28 | Langham Place - Mullaney weekly NY hotel | 489.28 |
| 11/06/2015 | 40.00 | Parking Fees MA | 40.00 |
| 11/08/2015 | 30.00 | AT&T Cell Phone Plan | 30.00 |
| 11/09/2015 | 27.72 | Boston Globe Subscription | 27.72 |
| 11/10/2015 | 68.63 | AT&T Cell Phone Plan | 68.63 |
| 11/11/2015 | 28.99 | WSJ Subscription | 28.99 |
| 11/16/2015 | 128.24 | Taxi - London | Amount corresponding to benefit that Mullaney received over and above reasonably equivalent value to Debtor to be determined by additional discovery, including expert discovery. |
| 11/16/2015 | 42.00 | Parking Fees MA | 42.00 |
| 11/17/2015 | 28.00 | Parking Fees MA | 28.00 |
| 11/18/2015 | 1,304.54 | Corinthia Hotel - London | Amount corresponding to benefit that Mullaney received over and above reasonably equivalent value to Debtor to be determined by additional discovery, including expert discovery. |
| 11/18/2015 | 87.00 | Parking Fees MA | Amount corresponding to benefit that Mullaney received over and above reasonably equivalent value to Debtor to be determined by additional discovery, including expert discovery. |
| 11/21/2015 | 4.00 | Amtrak - Mullaney commute | 4.00 |

| 11/21/2015 | 333.00 | Amtrak - Mullaney commute | 333.00 |
|---|---|---|---|
| 11/25/2015 | 28.00 | Parking Fees MA | 28.00 |
| 11/25/2015 | 867.99 | Langham Place - Mullaney weekly NY hotel | 867.99 |
| 11/29/2015 | 352.00 | Amtrak - Mullaney commute | 352.00 |
| 12/01/2015 | 44.00 | Amtrak - Mullaney commute | 44.00 |
| 12/02/2015 | 44.64 | Langham Place - Mullaney weekly NY hotel | 44.64 |
| 12/02/2015 | 416.02 | Langham Place - Mullaney weekly NY hotel | 416.02 |
| 12/04/2015 | 313.00 | Amtrak - Mullaney commute | 313.00 |
| 12/04/2015 | 38.00 | Parking Fees MA | 38.00 |
| 12/07/2015 | 297.13 | Frankie and Johnnies, NY restaurant | 297.13 |
| 12/07/2015 | 27.72 | Boston Globe Subscription | 27.72 |
| 12/08/2015 | 83.00 | Amtrak - Mullaney commute | 83.00 |
| 12/08/2015 | 30.00 | AT&T Cell Phone Plan | 30.00 |
| 12/09/2015 | 1,105.30 | Langham Place - Mullaney weekly NY hotel | 1,105.30 |
| 12/10/2015 | 269.00 | Amtrak - Mullaney commute | 269.00 |
| 12/10/2015 | 193.13 | AT&T Cell Phone Plan | 193.13 |
| 12/11/2015 | 28.99 | WSJ Subscription | 28.99 |
| 12/16/2015 | 874.97 | Langham Place - Mullaney weekly NY hotel | 874.97 |
| 12/16/2015 | 28.00 | Parking fees MA | 28.00 |

| | | | |
|---|---|---|---|
| 12/17/2015 | 8,439.70 | Flight - Boston to London to Zurich | Amount corresponding to benefit that Mullaney received over and above reasonably equivalent value to Debtor to be determined by additional discovery, including expert discovery. |
| 12/18/2015 | 250.00 | Amtrak - Mullaney commute | 250.00 |
| 12/18/2015 | 42.00 | Parking fees MA | 42.00 |
| 12/21/2015 | 19.00 | Amtrak - Mullaney commute | 19.00 |
| 12/22/2015 | 478.48 | Langham Place - Mullaney weekly NY hotel | 478.48 |
| 12/22/2015 | 28.00 | Parking fees MA | 28.00 |
| 12/23/2015 | 44.64 | Langham Place - Mullaney weekly NY hotel | 44.64 |
| 01/03/2016 | 328.00 | Amtrak - Mullaney commute | 328.00 |
| 01/05/2016 | 27.72 | Boston Globe Subscription | 27.72 |
| 01/06/2016 | 9,887.16 | Flight - Boston to Harare, Zimbabwe | Amount corresponding to benefit that Mullaney received over and above reasonably equivalent value to Debtor to be determined by additional discovery, including expert discovery. |
| 01/07/2016 | 30.00 | AT&T Cell Phone Plan | 30.00 |
| 01/07/2016 | 38.11 | Langham Place - Mullaney weekly NY hotel | 38.11 |
| 01/07/2016 | 307.59 | Langham Place - Mullaney weekly NY hotel | 307.59 |
| 01/07/2016 | 28.00 | Parking fees MA | 28.00 |
| 01/10/2016 | 152.36 | AT&T Cell Phone Plan | 152.36 |

| 01/11/2016 | 131.99 | Taxi - London | Amount corresponding to benefit that Mullaney received over and above reasonably equivalent value to Debtor to be determined by additional discovery, including expert discovery. |
| 01/11/2016 | 28.99 | WSJ Subscription | 28.99 |
| 01/11/2016 | 10.00 | Patrick McMullan Company - photo purchase from event | 10.00 |
| 01/11/2016 | 75.00 | Taxi - from home to airport | Amount corresponding to benefit that Mullaney received over and above reasonably equivalent value to Debtor to be determined by additional discovery, including expert discovery. |
| 01/13/2016 | 63.26 | Taxi - Zurich | Amount corresponding to benefit that Mullaney received over and above reasonably equivalent value to Debtor to be determined by additional discovery, including expert discovery. |
| 01/13/2016 | 1,408.45 | Corinthia Hotel - London | Amount corresponding to benefit that Mullaney received over and above reasonably equivalent value to Debtor to be determined by additional discovery, including expert discovery. |
| 01/13/2016 | 121.55 | Taxi - London | Amount corresponding to benefit that Mullaney received over and above reasonably equivalent value to Debtor to be determined by additional discovery, including expert discovery. |

| | | | |
|---|---|---|---|
| 01/14/2016 | 71.71 | Taxi - Switzerland | Amount corresponding to benefit that Mullaney received over and above reasonably equivalent value to Debtor to be determined by additional discovery, including expert discovery. |
| 01/14/2016 | 437.71 | Steigenberger Bellerive Au Lac - hotel, Zurich | Amount corresponding to benefit that Mullaney received over and above reasonably equivalent value to Debtor to be determined by additional discovery, including expert discovery. |
| 01/15/2016 | 396.00 | Amtrak - Mullaney commute | 396.00 |
| 01/20/2016 | 307.59 | Langham Place - Mullaney weekly NY hotel | 307.59 |
| 01/20/2016 | 28.00 | Parking fees MA | 28.00 |
| 01/21/2016 | 230.00 | Amtrak - Mullaney commute | 230.00 |
| 01/22/2016 | 463.56 | Cliffside Beach Club, hotel, Nantucket | 463.56 |
| 01/22/2016 | 2,764.59 | Cliffside Beach Club, hotel, Nantucket | 2,764.59 |
| 01/22/2016 | 3,518.55 | Cliffside Beach Club, hotel, Nantucket | 3,518.55 |
| 01/27/2016 | 230.00 | Amtrak - Mullaney commute | 230.00 |
| 01/27/2016 | 54.44 | Langham Place - Mullaney weekly NY hotel | 54.44 |
| 01/27/2016 | 809.70 | Langham Place - Mullaney weekly NY hotel | 809.70 |
| 01/27/2016 | 42.00 | Parking Fees MA | 42.00 |
| 02/01/2016 | 27.72 | Boston Globe Subscription | 27.72 |

| 02/05/2016 | 230.00 | Amtrak - Mullaney commute | 230.00 |
|---|---|---|---|
| 02/05/2016 | 9.80 | Langham Place - Mullaney weekly NY hotel | 9.80 |
| 02/05/2016 | 311.59 | Langham Place - Mullaney weekly NY hotel | 311.59 |
| 02/05/2016 | 28.00 | Parking Fees MA | 28.00 |
| 02/06/2016 | 30.00 | AT&T Cell Phone Plan | 30.00 |
| 02/10/2016 | 318.34 | AT&T Cell Phone Plan | 318.34 |
| 02/10/2016 | 695.26 | Langham Place - Mullaney weekly NY hotel | 695.26 |
| 02/10/2016 | 304.77 | Resto, NY restaurant | 304.77 |
| 02/10/2016 | 42.00 | Parking Fees MA | 42.00 |
| 02/11/2016 | 28.99 | WSJ Subscription | 28.99 |
| 02/12/2016 | 289.00 | Amtrak - Mullaney commute | 289.00 |
| 02/16/2016 | 373.90 | Zuma, NY restaurant | 373.90 |
| 02/17/2016 | 329.79 | Frankie and Johnnies, NY restaurant | 329.79 |
| 02/18/2016 | 54.44 | Langham Place - Mullaney weekly NY hotel | 54.44 |
| 02/18/2016 | 661.29 | Langham Place - Mullaney weekly NY hotel | 661.29 |
| 02/18/2016 | 42.00 | Parking Fees MA | 42.00 |
| 02/19/2016 | 1,914.10 | Flight - NY to LA | Amount corresponding to benefit that Mullaney received over and above reasonably equivalent value to Debtor to be determined by additional discovery, including expert discovery. |
| 02/20/2016 | 250.00 | Amtrak - Mullaney commute | 250.00 |

| 02/22/2016 | 396.00 | Amtrak - Mullaney commute | 396.00 |
| 02/25/2016 | 230.00 | Amtrak - Mullaney commute | 230.00 |
| 02/25/2016 | 9.80 | Langham Place - Mullaney weekly NY hotel | 9.80 |
| 02/25/2016 | 742.62 | Langham Place - Mullaney weekly NY hotel | 742.62 |
| 02/25/2016 | 42.00 | Parking Fees MA | 42.00 |
| 02/26/2016 | 20.00 | Amtrak - Mullaney commute | 20.00 |
| 02/29/2016 | 27.72 | Boston Globe Subscription | 27.72 |
| 03/01/2016 | 390.09 | Langham Place - Mullaney weekly NY hotel | 390.09 |
| 03/01/2016 | 28.00 | Parking Fees MA | 28.00 |
| 03/04/2016 | 7,990.96 | Flight - Boston to Lisbon (for Leadership Design Council conference), to be refunded by Mullaney | 7,990.96 |
| 03/06/2016 | 313.00 | Amtrak - Mullaney commute | 313.00 |
| 03/07/2016 | 30.00 | AT&T Cell Phone Plan | 30.00 |
| 03/10/2016 | 165.91 | AT&T Cell Phone Plan | 165.91 |
| 03/11/2016 | 28.99 | WSJ Subscription | 28.99 |
| 03/11/2016 | 2,722.67 | Langham Place - Mullaney weekly NY hotel (plus BOD dinner) | Amount equal to Mullaney's stay. |
| 03/11/2016 | 56.00 | Parking Fees MA | 56.00 |
| 03/13/2016 | 313.00 | Amtrak - Mullaney commute | 313.00 |
| 03/15/2016 | 40.84 | Sir Harry's, NY Restaurant, drinks | 40.84 |

| 03/16/2016 | 20.00 | Amtrak - Mullaney commute | 20.00 |
|---|---|---|---|
| 03/16/2016 | 6.53 | Langham Place - Mullaney weekly NY hotel | 6.53 |
| 03/16/2016 | 311.59 | Langham Place - Mullaney weekly NY hotel | 311.59 |
| 03/16/2016 | 45.00 | Parking Fees MA | 45.00 |
| 03/16/2016 | 28.00 | Parking Fees MA | 28.00 |
| 03/28/2016 | 27.72 | Boston Globe Subscription | 27.72 |
| 03/30/2016 | 903.10 | Flight - LA to Boston | Amount corresponding to benefit that Mullaney received over and above reasonably equivalent value to Debtor to be determined by additional discovery, including expert discovery. |
| 04/04/2016 | 2,000.00 | BMCC Foundation Event Tickets (2) | 2,000.00 |
| 04/05/2016 | 644.10 | Flight - NY to Houston | Amount corresponding to benefit that Mullaney received over and above reasonably equivalent value to Debtor to be determined by additional discovery, including expert discovery. |
| 04/05/2016 | 747.10 | Flight - Houston to Boston | Amount corresponding to benefit that Mullaney received over and above reasonably equivalent value to Debtor to be determined by additional discovery, including expert discovery. |
| 04/06/2016 | 30.00 | AT&T Cell Phone Plan | 30.00 |
| 04/06/2016 | 338.26 | Sofitel, London, hotel, 1 night | 338.26 |
| 04/08/2016 | 23.52 | Jack Duggan's Pub, Philadelphia airport lunch, Lisbon trip | 23.52 |

| | | | |
|---|---|---|---|
| 04/08/2016 | 116.00 | Parking Fees MA, Lisbon trip | 116.00 |
| 04/10/2016 | 183.63 | AT&T Cell Phone Plan | 183.63 |
| 04/11/2016 | 174.00 | Amtrak - Mullaney commute | 174.00 |
| 04/11/2016 | 28.99 | WSJ Subscription | 28.99 |
| 04/11/2016 | 109.10 | Ritz Four Seasons, hotel, Lisbon trip | 109.10 |
| 04/12/2016 | 53.55 | Terra, NY restaurant | 53.55 |
| 04/13/2016 | 362.43 | Langham Place - Mullaney weekly NY hotel | 362.43 |
| 04/17/2016 | 333.00 | Amtrak - Mullaney commute | 333.00 |
| 04/20/2016 | 699.82 | Langham Place - Mullaney weekly NY hotel | 699.82 |
| 04/20/2016 | 1,317.10 | Flight - LA to NY | Amount corresponding to benefit that Mullaney received over and above reasonably equivalent value to Debtor to be determined by additional discovery, including expert discovery. |
| 04/20/2016 | 42.00 | Parking Fees MA | 42.00 |
| 04/22/2016 | 313.00 | Amtrak - Mullaney commute | 313.00 |
| 04/25/2016 | 27.72 | Boston Globe Subscription | 27.72 |
| 04/27/2016 | 738.52 | Langham Place - Mullaney weekly NY hotel | 738.52 |
| 04/27/2016 | 42.00 | Parking fees MA | 42.00 |
| 04/30/2016 | 313.00 | Amtrak - Mullaney commute | 313.00 |

| | | | |
|---|---|---|---|
| 05/01/2016 | 3,878.21 | Flight - Newark to North Bend, Indiana, to Portland, to Seattle | Amount corresponding to benefit that Mullaney received over and above reasonably equivalent value to Debtor to be determined by additional discovery, including expert discovery. |
| 05/02/2016 | 20.00 | Amtrak - Mullaney commute | 20.00 |
| 05/03/2016 | 39.00 | Amtrak - Mullaney commute | 39.00 |
| 05/04/2016 | 400.43 | Langham Place - Mullaney weekly NY hotel | 400.43 |
| 05/04/2016 | 28.00 | Parking fees MA | 28.00 |
| 05/06/2016 | 30.00 | AT&T Cell Phone Plan | 30.00 |
| 05/09/2016 | 359.62 | Balboa Bay Resort Club, Newport Beach, CA, 1 night | Amount corresponding to benefit that Mullaney received over and above reasonably equivalent value to Debtor to be determined by additional discovery, including expert discovery. |
| 05/10/2016 | 234.02 | AT&T Cell Phone Plan | 234.02 |
| 05/11/2016 | 231.10 | Flight - NY to Boston, Mullaney commute | 231.10 |
| 05/11/2016 | 207.00 | Flight - NY to Boston, Mullaney commute | 207.00 |
| 05/11/2016 | 28.99 | WSJ Subscription | 28.99 |
| 05/11/2016 | 1,039.76 | Hertz, rental car, LA, 5/8/16-5/11/16 | Amount corresponding to benefit that Mullaney received over and above reasonably equivalent value to Debtor to be determined by additional discovery, including expert discovery, and excluding $200 credit. |

| Date | Amount | Description | Comment |
|---|---|---|---|
| 05/11/2016 | 2,106.28 | Peninsula Beverly Hills, hotel, 2 nights | Amount corresponding to benefit that Mullaney received over and above reasonably equivalent value to Debtor to be determined by additional discovery, including expert discovery. |
| 05/12/2016 | 3.00 | Parking fees MA | 3.00 |
| 05/14/2016 | 38.11 | Langham Place - Mullaney weekly NY hotel | 38.11 |
| 05/14/2016 | 50.08 | Langham Place - Mullaney weekly NY hotel | 50.08 |
| 05/14/2016 | 473.69 | Langham Place - Mullaney weekly NY hotel | 473.69 |
| 05/15/2016 | 200.00 | Flight - Boston to Seattle, update for ticket | Amount corresponding to benefit that Mullaney received over and above reasonably equivalent value to Debtor to be determined by additional discovery, including expert discovery. |
| 05/17/2016 | 60.00 | Adam Tarniowy, photographer | 60.00 |
| 05/17/2016 | 446.12 | The Langham Chicago, hotel, 1 night | Amount corresponding to benefit that Mullaney received over and above reasonably equivalent value to Debtor to be determined by additional discovery, including expert discovery. |
| 05/18/2016 | 69.13 | The Langham Chicago, hotel | Amount corresponding to benefit that Mullaney received over and above reasonably equivalent value to Debtor to be determined by additional discovery, including expert discovery. |
| 05/23/2016 | 27.72 | Boston Globe Subscription | 27.72 |
| 05/24/2016 | 307.59 | Langham Place - Mullaney weekly NY hotel | 307.59 |

| | | | |
|---|---|---|---|
| 05/31/2016 | 396.00 | Amtrak - Mullaney commute | 396.00 |
| 06/02/2016 | 38.11 | Langham Place - Mullaney weekly NY hotel | 38.11 |
| 06/02/2016 | 379.11 | Langham Place - Mullaney weekly NY hotel | 379.11 |
| 06/02/2016 | 28.00 | Parking Fees MA | 28.00 |
| 06/03/2016 | 333.00 | Amtrak - Mullaney commute | 333.00 |
| 06/05/2016 | 30.00 | AT&T Cell Phone Plan | 30.00 |
| 06/07/2016 | 307.59 | Langham Place - Mullaney weekly NY hotel | 307.59 |
| 06/07/2016 | 28.00 | Parking Fees MA | 28.00 |
| 06/10/2016 | 162.61 | AT&T Cell Phone Plan | 162.61 |
| 06/11/2016 | 28.99 | WSJ Subscription | 28.99 |
| 06/12/2016 | 51.01 | Madison Bistro, NY restaurant | 51.01 |
| 06/13/2016 | 205.10 | Langham Place - Mullaney weekly NY hotel | 205.10 |
| 06/14/2016 | 38.11 | Langham Place - Mullaney weekly NY hotel | 38.11 |
| 06/14/2016 | 615.18 | Langham Place - Mullaney weekly NY hotel | 615.18 |
| 06/20/2016 | 27.72 | Boston Globe Subscription | 27.72 |
| 06/23/2016 | 106.00 | Amtrak - Mullaney commute | 106.00 |
| 06/23/2016 | 190.00 | Amtrak - Mullaney commute | 190.00 |
| 06/23/2016 | 83.84 | LaDuree | 83.84 |
| 06/25/2016 | 301.99 | The Back Eddy Restaurant, Westport, MA restaurant | 301.99 |
| 06/27/2016 | 77.06 | Madison Bistro, NY restaurant | 77.06 |

| | | | |
|---|---|---|---|
| 06/28/2016 | 307.59 | Langham Place - Mullaney weekly NY hotel | 307.59 |
| 06/28/2016 | 18.50 | Amtrak - Mullaney commute | 18.50 |
| 07/05/2016 | 30.00 | AT&T Cell Phone Plan | 30.00 |
| 07/08/2016 | 51.19 | Langham Place - Mullaney weekly NY hotel | 51.19 |
| 07/08/2016 | 615.18 | Langham Place - Mullaney weekly NY hotel | 615.18 |
| 07/08/2016 | 80.00 | Parking Fees MA | 80.00 |
| 07/09/2016 | 198.00 | Flight - New Bedford to Nantucket, Mullaney's wife | 198.00 |
| 07/09/2016 | 198.00 | Flight - New Bedford to Nantucket | 198.00 |
| 07/10/2016 | 242.66 | AT&T Cell Phone Plan | 242.66 |
| 07/11/2016 | 28.99 | WSJ Subscription | 28.99 |
| 07/13/2016 | 239.00 | Amtrak - Mullaney commute | 239.00 |
| 07/13/2016 | 338.00 | Amtrak - Mullaney commute | 338.00 |
| 07/14/2016 | 139.99 | Flight - Nantucket to Boston | 139.99 |
| 07/14/2016 | 139.99 | Flight - Nantucket to Boston, Mullaney's wife | 139.99 |
| 07/15/2016 | 7.62 | Langham Place - Mullaney weekly NY hotel | 7.62 |
| 07/15/2016 | 528.77 | Langham Place - Mullaney weekly NY hotel | 528.77 |
| 07/15/2016 | 18.50 | Amtrak - Mullaney commute | 18.50 |

| | | | |
|---|---|---|---|
| 07/18/2016 | 296.00 | Amtrak - Mullaney commute | 296.00 |
| 07/18/2016 | 27.72 | Boston Globe Subscription | 27.72 |
| 07/21/2016 | 42.47 | Langham Place - Mullaney weekly NY hotel | 42.47 |
| 07/21/2016 | 307.59 | Langham Place - Mullaney weekly NY hotel | 307.59 |
| 07/21/2016 | 18.50 | Amtrak - Mullaney commute | 18.50 |
| 07/24/2016 | 20.01 | Flight - Nantucket to Boston | 20.01 |
| 07/24/2016 | 20.01 | Flight - Nantucket to Boston, Mullaney's wife | 20.01 |
| 07/25/2016 | 220.00 | Amtrak - Mullaney commute | 220.00 |
| 07/25/2016 | 52.00 | Breezin Up, Nantucket restaurant | 52.00 |
| 07/25/2016 | 593.27 | The Galley Restaurant, Nantucket | 593.27 |
| 07/26/2016 | 450.59 | Cru Oyster Bar, Nantucket | 450.59 |
| 07/27/2016 | 1,200.00 | Endeavor Sailing, Nantucket | 1,200.00 |
| 07/27/2016 | 95.60 | The Galley Restaurant, Nantucket | 95.60 |
| 07/27/2016 | 476.25 | The Galley Restaurant, Nantucket | 476.25 |
| 07/28/2016 | 162.48 | Cliffside Beach Club, hotel, Nantucket | 162.48 |
| 07/28/2016 | 1,671.00 | Hertz, rental car, Nantucket, 7/25/16-7/28/16 | 1,671.00 |
| 07/28/2016 | 112.00 | Parking Fees MA | 112.00 |
| 08/04/2016 | 30.00 | AT&T Cell Phone Plan | 30.00 |

| | | | |
|---|---|---|---|
| 08/10/2016 | 334.00 | Amtrak - Mullaney commute | 334.00 |
| 08/10/2016 | 184.38 | AT&T Cell Phone Plan | 184.38 |
| 08/11/2016 | 28.99 | WSJ Subscription | 28.99 |
| 08/15/2016 | 27.72 | Boston Globe Subscription | 27.72 |
| 08/16/2016 | 10.88 | Langham Place - Mullaney weekly NY hotel | 10.88 |
| 08/16/2016 | 307.59 | Langham Place - Mullaney weekly NY hotel | 307.59 |
| 08/16/2016 | 18.50 | Parking Fees RI | 18.50 |
| 08/22/2016 | 149.94 | B&H Photo, computer equipment | 149.94 |
| 08/22/2016 | 477.74 | Zuma, NY Restaurant | 477.74 |
| 08/23/2016 | 44.00 | Parking Fees RI | 44.00 |
| 08/23/2016 | 57.71 | Langham Place - Mullaney weekly NY hotel | 57.71 |
| 08/23/2016 | 307.59 | Langham Place - Mullaney weekly NY hotel | 307.59 |
| 09/01/2016 | 333.00 | Amtrak - Mullaney commute | 333.00 |
| 09/03/2016 | 30.00 | AT&T Cell Phone Plan | 30.00 |
| 09/07/2016 | 116.90 | The Australian, NY restaurant | 116.90 |
| 09/09/2016 | 110.07 | Budget, rental car, 9/8/16-9/9/16, NY, Cullen funeral | 110.07 |
| 09/09/2016 | 42.47 | Langham Place, Mullaney weekly NY hotel | 42.47 |
| 09/09/2016 | 679.42 | Langham Place, Mullaney weekly NY hotel | 679.42 |
| 09/09/2016 | 42.00 | Parking Fees MA | 42.00 |
| 09/10/2016 | 166.23 | AT&T Cell Phone Plan | 166.23 |

| | | | |
|---|---|---|---|
| 09/11/2016 | 372.00 | Amtrak - Mullaney commute | 372.00 |
| 09/11/2016 | 28.99 | WSJ Subscription | 28.99 |
| 09/12/2016 | 27.72 | Boston Globe Subscription | 27.72 |
| 09/12/2016 | 743.20 | Flight - Boston to Philadelphia | 743.20 |
| 09/14/2016 | 307.59 | Langham Place, Mullaney weekly NY hotel | 307.59 |
| 09/14/2016 | 28.00 | Parking Fees MA | 28.00 |
| 09/27/2016 | 56.63 | Langham Place - Mullaney weekly NY hotel | 56.63 |
| 09/27/2016 | 307.59 | Langham Place - Mullaney weekly NY hotel | 307.59 |
| 09/27/2016 | 22.00 | Parking Fees DC | 22.00 |
| 09/28/2016 | 239.31 | Hertz, rental car, 9/27/16-9/28-16, rented and returned in DC | Amount corresponding to benefit that Mullaney received over and above reasonably equivalent value to Debtor to be determined by additional discovery, including expert discovery. |
| 09/28/2016 | 80.00 | Parking Fees MA | 80.00 |
| 10/02/2016 | 934.26 | Hertz, rental car, 9/30/16-10/2/16 | Amount corresponding to benefit that Mullaney received over and above reasonably equivalent value to Debtor to be determined by additional discovery, including expert discovery. |
| 10/03/2016 | 30.00 | AT&T Cell Phone Plan | 30.00 |
| 10/04/2016 | 314.00 | Amtrak - Mullaney commute | 314.00 |
| 10/05/2016 | 473.00 | Flight to Philadelphia, Pine Valley Trip | 473.00 |
| 10/06/2016 | 80.00 | Parking Fees MA, Pine Valley Tripl | 80.00 |
| 10/10/2016 | 162.85 | AT&T Cell Phone Plan | 162.85 |

| | | | |
|---|---|---|---|
| 10/10/2016 | 27.72 | Boston Globe Subscription | 27.72 |
| 10/10/2016 | 53.00 | Parking Fees NY | 53.00 |
| 10/11/2016 | 28.99 | WSJ Subscription | 28.99 |
| 10/12/2016 | 4.36 | Langham Place - Mullaney weekly NY hotel | 4.36 |
| 10/12/2016 | 1,585.52 | Langham Place - Mullaney weekly NY hotel | 1,585.52 |
| 10/12/2016 | 104.00 | Parking Fees NY | 104.00 |
| 10/15/2016 | 253.00 | Amtrak - Mullaney commute | 253.00 |
| 10/18/2016 | 42.47 | Langham Place - Mullaney weekly NY hotel | 42.47 |
| 10/18/2016 | 422.33 | Langham Place - Mullaney weekly NY hotel | 422.33 |
| 10/18/2016 | 28.00 | Parking Fees MA | 28.00 |
| 10/20/2016 | 4,469.36 | Flight - Boston to Dhaka | Amount corresponding to benefit that Mullaney received over and above reasonably equivalent value to Debtor to be determined by additional discovery, including expert discovery. |
| 10/20/2016 | 4,469.36 | Flight - Boston to Dhaka, Mullaney's wife | 4,469.36 |
| 10/20/2016 | 4,469.36 | Flight - Boston to Dhaka, Mullaney's daughter | 4,469.36 |
| 10/20/2016 | 47.78 | Flight fees, Mullaney's wife | 47.78 |
| 10/20/2016 | 47.78 | Flight fees, Mullaney's daughter | 47.78 |
| 10/23/2016 | 232.00 | Amtrak - Mullaney commute | 232.00 |
| 10/25/2016 | 3,613.95 | Adorama, Inc. - camera | 3,613.95 |
| 10/25/2016 | 495.75 | Flight - NY to Boston, Mullaney commute | 495.75 |

| Date | Amount | Description | Amount |
|---|---|---|---|
| 10/26/2016 | 46.83 | Langham Place - Mullaney weekly NY hotel | 46.83 |
| 10/26/2016 | 892.57 | Langham Place - Mullaney weekly NY hotel | 777.91 ($892.57 minus $114.66 credit) |
| 10/26/2016 | 42.00 | Langham Place - Mullaney weekly NY hotel | 42.00 |
| 10/28/2016 | 400.00 | Amtrak - Mullaney commute | 400.00 |
| 11/01/2016 | 95.57 | Dock's Oyster Bar, NY restaurant | 95.57 |
| 11/02/2016 | 30.00 | AT&T Cell Phone Plan | 30.00 |
| 11/02/2016 | 13.07 | Langham Place - Mullaney weekly NY hotel | 13.07 |
| 11/02/2016 | 777.91 | Langham Place - Mullaney weekly NY hotel | 777.91 |
| 11/02/2016 | 42.00 | Parking Fees MA | 42.00 |
| 11/04/2016 | 960.00 | Passport Plus Visas - visas for Mullaney and family | 960.00 |
| 11/07/2016 | 27.72 | Boston Globe Subscription | 27.72 |
| 11/08/2016 | 400.00 | Amtrak - Mullaney commute | 400.00 |
| 11/10/2016 | 192.78 | AT&T Cell Phone Plan | 192.78 |
| 11/10/2016 | 4.36 | Langham Place - Mullaney weekly NY hotel | 4.36 |
| 11/10/2016 | 38.11 | Langham Place - Mullaney weekly NY hotel | 38.11 |
| 11/10/2016 | 365.00 | Langham Place - Mullaney weekly NY hotel | 365.00 |
| 11/10/2016 | 28.00 | Parking Fees MA | 28.00 |
| 11/10/2016 | 29.79 | UPS Store, Belmont, MA | 29.79 |
| 11/11/2016 | 28.99 | WSJ Subscription | 28.99 |

| 11/13/2016 | 377.00 | Amtrak - Mullaney commute | 377.00 |
|---|---|---|---|
| 11/16/2016 | 42.47 | Langham Place - Mullaney weekly NY hotel | 42.47 |
| 11/16/2016 | 365.00 | Langham Place - Mullaney weekly NY hotel | 365.00 |
| 11/16/2016 | 28.00 | Parking Fees MA | 28.00 |
| 11/23/2016 | 4,779.18 | Apple Online Store - new computer | 4,779.18 |
| 11/23/2016 | 67.01 | Taxi - NY | 67.01 |
| 11/24/2016 | 25.92 | Taxi - NY | 25.92 |
| 11/24/2016 | 57.73 | Taxi - NY | 57.73 |
| 11/29/2016 | 400.00 | Flight - Dhaka to Boston, change fee for Mullaney's daughter | 400.00 |
| 11/29/2016 | 400.00 | Flight - Dhaka to Boston, change fee | 400.00 |
| 11/29/2016 | 400.00 | Flight - Dhaka to Boston, change fee for Mullaney's wife | 400.00 |
| 11/30/2016 | 101.38 | Sonargaon Hotel, Bangladesh trip | 101.38 |
| 11/30/2016 | 1,009.46 | Sonargaon Hotel, Bangladesh trip | 1,009.46 |
| 12/01/2016 | 316.00 | Amtrak - Mullaney commute | 316.00 |
| 12/02/2016 | 30.00 | AT&T Cell Phone Plan | 30.00 |
| 12/02/2016 | 714.80 | Hotel Grand Park Baris, Bangladesh trip | 714.80 |
| 12/02/2016 | 296.70 | Le Meridien Dhaka, Bangladesh trip | 296.70 |
| 12/02/2016 | 629.17 | Le Meridien Dhaka, Bangladesh trip | 629.17 |

| | | | |
|---|---|---|---|
| 12/04/2016 | 74.36 | Best Buy, Watertown, MA - computer equipment | 74.36 |
| 12/05/2016 | 27.72 | Boston Globe Subscription | 27.72 |
| 12/06/2016 | 365.00 | Langham Place - Mullaney weekly NY hotel | 365.00 |
| 12/06/2016 | 28.00 | Parking fees MA | 28.00 |
| 12/09/2016 | 357.00 | Amtrak - Mullaney commute | 357.00 |
| 12/10/2016 | 20.00 | Amtrak - Mullaney commute | 20.00 |
| 12/10/2016 | 177.78 | AT&T Cell Phone Plan | 177.78 |
| 12/11/2016 | 28.99 | WSJ Subscription | 28.99 |
| 12/13/2016 | 365.00 | Langham Place - Mullaney weekly NY hotel | 365.00 |
| 12/15/2016 | 149.81 | Apple Store, Burlington, MA - computer equipment | 149.81 |
| 12/16/2016 | 40.03 | A I Friedman - frame for donor tribute | 40.03 |
| 12/16/2016 | 349.00 | Apple Online Store - computer equipment | 349.00 |
| 12/18/2016 | 400.00 | Amtrak - Mullaney commute | 400.00 |
| 12/20/2016 | 59.88 | Langham Place - Mullaney weekly NY hotel | 59.88 |
| 12/20/2016 | 365.00 | Langham Place - Mullaney weekly NY hotel | 365.00 |
| 12/20/2016 | 28.00 | Parking fees MA | 28.00 |
| 12/23/2016 | 104.13 | Apple Store, Burlington, MA - computer equipment | 104.13 |
| **Total** | | | **141,251.12** |

| TOTAL FOR ALL CATEGORIES | $~~723,204.71~~ 157,050.67 |
|---|---|