# **EXHIBIT C**

## Employment Fraudulent Transfers to Mullaney

**Mullaney ~~Salary and~~ Bonus Payments**

| Payment Date | Payment Type | Amount |
|---|---|---|
| Jul-16 | Bonus (per Employment Agreement) | 250,000.00 |
| **TOTAL** | | **250,000.00** |

**Other Expenses**

| Payment Date | Ledger Note | Amount |
|---|---|---|
| 08/15/2016 | Reimbursed out of pocket expenses | 2,194.00 |
| **TOTAL** | | **2,194.00** |

| | |
|---|---|
| TOTAL FOR ALL CATEGORIES | $252,194.00 |

## Employment Fraudulent Transfers Made for the Benefit of Mullaney

**Life Insurance Premium Payments**

| Payment Date | Payment Type | Amount |
|---|---|---|
| 12/11/2015 | The US Life Insurance Co. | 326.81 |
| ~~1/14/2016~~ 01/14/2016 | The US Life Insurance Co. | 326.81 |
| ~~2/13/2016~~ 02/13/2016 | The US Life Insurance Co. | 326.81 |
| ~~3/12/2016~~ 03/12/2016 | The US Life Insurance Co. | 326.81 |
| ~~3/18/2016~~ 03/18/2016 | Lincoln National Life Insurance Company | 4,945.03 |
| ~~9/20/2016~~ 09/20/2016 | Lincoln National Life Insurance Company | 4,945.03 |
| **TOTAL** | | ~~6,252.27~~ **11,197.30** |

~~**Other Expenses**~~

| ~~Payment Date~~ | ~~Ledger Note~~ | ~~Amount~~ |
|---|---|---|
| ~~8/15/2016~~ | ~~Reimbursed out of pocket expenses~~ | ~~2,194.00~~ |
| ~~8/16/2016~~ | ~~Payment of personal legal bill taken as a deduction from salary~~ | ~~378.63~~ |
| ~~10/19/2016~~ | ~~Payment of personal travel expense taken as a deduction from salary~~ | ~~8,333.33~~ |
| ~~10/31/2016~~ | ~~Payment of personal expense taken as a deduction from salary~~ | ~~500.00~~ |
| ~~**TOTAL**~~ | | ~~11,405.96~~ |

~~**American Express Expenses**~~

| ~~Payment Date Range~~ | ~~Payment Type~~ | ~~Amount~~ |
|---|---|---|
| ~~12/28/2015 - 12/27/2016~~ | ~~American Express~~ | ~~117,315.62~~ |
| ~~**TOTAL**~~ | | ~~117,315.62~~ |

**AmEx Payments**

| Date | Amount | Description | Recovery Sought |
|---|---|---|---|
| 01/03/2016 | 328.00 | Amtrak - Mullaney commute | 328.00 |
| 01/05/2016 | 27.72 | Boston Globe Subscription | 27.72 |

| Date | Amount | Description | Notes |
|---|---:|---|---|
| 01/06/2016 | 9,887.16 | Flight - Boston to Harare, Zimbabwe | Amount corresponding to benefit that Mullaney received over and above reasonably equivalent value to Debtor to be determined by additional discovery, including expert discovery. |
| 01/07/2016 | 30.00 | AT&T Cell Phone Plan | 30.00 |
| 01/07/2016 | 38.11 | Langham Place - Mullaney weekly NY hotel | 38.11 |
| 01/07/2016 | 307.59 | Langham Place - Mullaney weekly NY hotel | 307.59 |
| 01/07/2016 | 28.00 | Parking fees MA | 28.00 |
| 01/10/2016 | 152.36 | AT&T Cell Phone Plan | 152.36 |
| 01/11/2016 | 131.99 | Taxi - London | Amount corresponding to benefit that Mullaney received over and above reasonably equivalent value to Debtor to be determined by additional discovery, including expert discovery. |
| 01/11/2016 | 28.99 | WSJ Subscription | 28.99 |
| 01/11/2016 | 10.00 | Patrick McMullan Company - photo purchase from event | 10.00 |
| 01/11/2016 | 75.00 | Taxi - from home to airport | Amount corresponding to benefit that Mullaney received over and above reasonably equivalent value to Debtor to be determined by additional discovery, including expert discovery. |
| 01/13/2016 | 63.26 | Taxi - Zurich | Amount corresponding to benefit that Mullaney received over and above reasonably equivalent value to Debtor to be determined by additional discovery, including expert discovery. |

| Date | Amount | Description | Notes |
|---|---:|---|---:|
| 01/13/2016 | 1,408.45 | Corinthia Hotel - London | Amount corresponding to benefit that Mullaney received over and above reasonably equivalent value to Debtor to be determined by additional discovery, including expert discovery. |
| 01/13/2016 | 121.55 | Taxi - London | Amount corresponding to benefit that Mullaney received over and above reasonably equivalent value to Debtor to be determined by additional discovery, including expert discovery. |
| 01/14/2016 | 71.71 | Taxi - Switzerland | Amount corresponding to benefit that Mullaney received over and above reasonably equivalent value to Debtor to be determined by additional discovery, including expert discovery. |
| 01/14/2016 | 437.71 | Steigenberger Bellerive Au Lac - hotel, Zurich | Amount corresponding to benefit that Mullaney received over and above reasonably equivalent value to Debtor to be determined by additional discovery, including expert discovery. |
| 01/15/2016 | 396.00 | Amtrak - Mullaney commute | 396.00 |
| 01/20/2016 | 307.59 | Langham Place - Mullaney weekly NY hotel | 307.59 |
| 01/20/2016 | 28.00 | Parking fees MA | 28.00 |
| 01/21/2016 | 230.00 | Amtrak - Mullaney commute | 230.00 |
| 01/22/2016 | 463.56 | Cliffside Beach Club, hotel, Nantucket | 463.56 |
| 01/22/2016 | 2,764.59 | Cliffside Beach Club, hotel, Nantucket | 2,764.59 |

| Date | Amount | Description | Amount |
|---|---:|---|---:|
| 01/22/2016 | 3,518.55 | Cliffside Beach Club, hotel, Nantucket | 3,518.55 |
| 01/27/2016 | 230.00 | Amtrak - Mullaney commute | 230.00 |
| 01/27/2016 | 54.44 | Langham Place - Mullaney weekly NY hotel | 54.44 |
| 01/27/2016 | 809.70 | Langham Place - Mullaney weekly NY hotel | 809.70 |
| 01/27/2016 | 42.00 | Parking Fees MA | 42.00 |
| 02/01/2016 | 27.72 | Boston Globe Subscription | 27.72 |
| 02/05/2016 | 230.00 | Amtrak - Mullaney commute | 230.00 |
| 02/05/2016 | 9.80 | Langham Place - Mullaney weekly NY hotel | 9.80 |
| 02/05/2016 | 311.59 | Langham Place - Mullaney weekly NY hotel | 311.59 |
| 02/05/2016 | 28.00 | Parking Fees MA | 28.00 |
| 02/06/2016 | 30.00 | AT&T Cell Phone Plan | 30.00 |
| 02/10/2016 | 318.34 | AT&T Cell Phone Plan | 318.34 |
| 02/10/2016 | 695.26 | Langham Place - Mullaney weekly NY hotel | 695.26 |
| 02/10/2016 | 304.77 | Resto, NY restaurant | 304.77 |
| 02/10/2016 | 42.00 | Parking Fees MA | 42.00 |
| 02/11/2016 | 28.99 | WSJ Subscription | 28.99 |
| 02/12/2016 | 289.00 | Amtrak - Mullaney commute | 289.00 |
| 02/16/2016 | 373.90 | Zuma, NY restaurant | 373.90 |
| 02/17/2016 | 329.79 | Frankie and Johnnies, NY restaurant | 329.79 |
| 02/18/2016 | 54.44 | Langham Place - Mullaney weekly NY hotel | 54.44 |
| 02/18/2016 | 661.29 | Langham Place - Mullaney weekly NY hotel | 661.29 |
| 02/18/2016 | 42.00 | Parking Fees MA | 42.00 |

| Date | Amount | Description | Notes |
|---|---|---|---|
| 02/19/2016 | 1,914.10 | Flight - NY to LA | Amount corresponding to benefit that Mullaney received over and above reasonably equivalent value to Debtor to be determined by additional discovery, including expert discovery. |
| 02/20/2016 | 250.00 | Amtrak - Mullaney commute | 250.00 |
| 02/22/2016 | 396.00 | Amtrak - Mullaney commute | 396.00 |
| 02/25/2016 | 230.00 | Amtrak - Mullaney commute | 230.00 |
| 02/25/2016 | 9.80 | Langham Place - Mullaney weekly NY hotel | 9.80 |
| 02/25/2016 | 742.62 | Langham Place - Mullaney weekly NY hotel | 742.62 |
| 02/25/2016 | 42.00 | Parking Fees MA | 42.00 |
| 02/26/2016 | 20.00 | Amtrak - Mullaney commute | 20.00 |
| 02/29/2016 | 27.72 | Boston Globe Subscription | 27.72 |
| 03/01/2016 | 390.09 | Langham Place - Mullaney weekly NY hotel | 390.09 |
| 03/01/2016 | 28.00 | Parking Fees MA | 28.00 |
| 03/04/2016 | 7,990.96 | Flight - Boston to Lisbon (for Leadership Design Council conference), to be refunded by Mullaney | 7,990.96 |
| 03/06/2016 | 313.00 | Amtrak - Mullaney commute | 313.00 |
| 03/07/2016 | 30.00 | AT&T Cell Phone Plan | 30.00 |
| 03/10/2016 | 165.91 | AT&T Cell Phone Plan | 165.91 |
| 03/11/2016 | 28.99 | WSJ Subscription | 28.99 |

| Date | Amount | Description | Notes |
|---|---|---|---|
| 03/11/2016 | 2,722.67 | Langham Place - Mullaney weekly NY hotel (plus BOD dinner) | Amount equal to Mullaney's stay. |
| 03/11/2016 | 56.00 | Parking Fees MA | 56.00 |
| 03/13/2016 | 313.00 | Amtrak - Mullaney commute | 313.00 |
| 03/15/2016 | 40.84 | Sir Harry's, NY Restaurant, drinks | 40.84 |
| 03/16/2016 | 20.00 | Amtrak - Mullaney commute | 20.00 |
| 03/16/2016 | 6.53 | Langham Place - Mullaney weekly NY hotel | 6.53 |
| 03/16/2016 | 311.59 | Langham Place - Mullaney weekly NY hotel | 311.59 |
| 03/16/2016 | 45.00 | Parking Fees MA | 45.00 |
| 03/16/2016 | 28.00 | Parking Fees MA | 28.00 |
| 03/28/2016 | 27.72 | Boston Globe Subscription | 27.72 |
| 03/30/2016 | 903.10 | Flight - LA to Boston | Amount corresponding to benefit that Mullaney received over and above reasonably equivalent value to Debtor to be determined by additional discovery, including expert discovery. |
| 04/04/2016 | 2,000.00 | BMCC Foundation Event Tickets (2) | 2,000.00 |
| 04/05/2016 | 644.10 | Flight - NY to Houston | Amount corresponding to benefit that Mullaney received over and above reasonably equivalent value to Debtor to be determined by additional discovery, including expert discovery. |
| 04/05/2016 | 747.10 | Flight - Houston to Boston | Amount corresponding to benefit that Mullaney received over and above reasonably equivalent value to Debtor to be determined by additional discovery, including expert discovery. |

| Date | Amount | Description | Amount |
|---|---|---|---|
| 04/06/2016 | 30.00 | AT&T Cell Phone Plan | 30.00 |
| 04/06/2016 | 338.26 | Sofitel, London, hotel, 1 night | 338.26 |
| 04/08/2016 | 23.52 | Jack Duggan's Pub, Philadelphia airport lunch, Lisbon trip | 23.52 |
| 04/08/2016 | 116.00 | Parking Fees MA, Lisbon trip | 116.00 |
| 04/10/2016 | 183.63 | AT&T Cell Phone Plan | 183.63 |
| 04/11/2016 | 174.00 | Amtrak - Mullaney commute | 174.00 |
| 04/11/2016 | 28.99 | WSJ Subscription | 28.99 |
| 04/11/2016 | 109.10 | Ritz Four Seasons, hotel, Lisbon trip | 109.10 |
| 04/12/2016 | 53.55 | Terra, NY restaurant | 53.55 |
| 04/13/2016 | 362.43 | Langham Place - Mullaney weekly NY hotel | 362.43 |
| 04/17/2016 | 333.00 | Amtrak - Mullaney commute | 333.00 |
| 04/20/2016 | 699.82 | Langham Place - Mullaney weekly NY hotel | 699.82 |
| 04/20/2016 | 1,317.10 | Flight - LA to NY | Amount corresponding to benefit that Mullaney received over and above reasonably equivalent value to Debtor to be determined by additional discovery, including expert discovery. |
| 04/20/2016 | 42.00 | Parking Fees MA | 42.00 |
| 04/22/2016 | 313.00 | Amtrak - Mullaney commute | 313.00 |
| 04/25/2016 | 27.72 | Boston Globe Subscription | 27.72 |
| 04/27/2016 | 738.52 | Langham Place - Mullaney weekly NY hotel | 738.52 |
| 04/27/2016 | 42.00 | Parking fees MA | 42.00 |
| 04/30/2016 | 313.00 | Amtrak - Mullaney commute | 313.00 |

| Date | Amount | Description | Notes |
|---|---|---|---|
| 05/01/2016 | 3,878.21 | Flight - Newark to North Bend, Indiana, to Portland, to Seattle | Amount corresponding to benefit that Mullaney received over and above reasonably equivalent value to Debtor to be determined by additional discovery, including expert discovery. |
| 05/02/2016 | 20.00 | Amtrak - Mullaney commute | 20.00 |
| 05/03/2016 | 39.00 | Amtrak - Mullaney commute | 39.00 |
| 05/04/2016 | 400.43 | Langham Place - Mullaney weekly NY hotel | 400.43 |
| 05/04/2016 | 28.00 | Parking fees MA | 28.00 |
| 05/06/2016 | 30.00 | AT&T Cell Phone Plan | 30.00 |
| 05/09/2016 | 359.62 | Balboa Bay Resort Club, Newport Beach, CA, 1 night | Amount corresponding to benefit that Mullaney received over and above reasonably equivalent value to Debtor to be determined by additional discovery, including expert discovery. |
| 05/10/2016 | 234.02 | AT&T Cell Phone Plan | 234.02 |
| 05/11/2016 | 231.10 | Flight - NY to Boston, Mullaney commute | 231.10 |
| 05/11/2016 | 207.00 | Flight - NY to Boston, Mullaney commute | 207.00 |
| 05/11/2016 | 28.99 | WSJ Subscription | 28.99 |
| 05/11/2016 | 1,039.76 | Hertz, rental car, LA, 5/8/16-5/11/16 | Amount corresponding to benefit that Mullaney received over and above reasonably equivalent value to Debtor to be determined by additional discovery, including expert discovery, and excluding $200 credit. |

| Date | Amount | Description | Notes |
|---|---|---|---|
| 05/11/2016 | 2,106.28 | Peninsula Beverly Hills, hotel, 2 nights | Amount corresponding to benefit that Mullaney received over and above reasonably equivalent value to Debtor to be determined by additional discovery, including expert discovery. |
| 05/12/2016 | 3.00 | Parking fees MA | 3.00 |
| 05/14/2016 | 38.11 | Langham Place - Mullaney weekly NY hotel | 38.11 |
| 05/14/2016 | 50.08 | Langham Place - Mullaney weekly NY hotel | 50.08 |
| 05/14/2016 | 473.69 | Langham Place - Mullaney weekly NY hotel | 473.69 |
| 05/15/2016 | 200.00 | Flight - Boston to Seattle, update for ticket | Amount corresponding to benefit that Mullaney received over and above reasonably equivalent value to Debtor to be determined by additional discovery, including expert discovery. |
| 05/17/2016 | 60.00 | Adam Tarniowy, photographer | 60.00 |
| 05/17/2016 | 446.12 | The Langham Chicago, hotel, 1 night | Amount corresponding to benefit that Mullaney received over and above reasonably equivalent value to Debtor to be determined by additional discovery, including expert discovery. |
| 05/18/2016 | 69.13 | The Langham Chicago, hotel | Amount corresponding to benefit that Mullaney received over and above reasonably equivalent value to Debtor to be determined by additional discovery, including expert discovery. |
| 05/23/2016 | 27.72 | Boston Globe Subscription | 27.72 |
| 05/24/2016 | 307.59 | Langham Place - Mullaney weekly NY hotel | 307.59 |

| Date | Amount | Description | Amount |
|---|---:|---|---:|
| 05/31/2016 | 396.00 | Amtrak - Mullaney commute | 396.00 |
| 06/02/2016 | 38.11 | Langham Place - Mullaney weekly NY hotel | 38.11 |
| 06/02/2016 | 379.11 | Langham Place - Mullaney weekly NY hotel | 379.11 |
| 06/02/2016 | 28.00 | Parking Fees MA | 28.00 |
| 06/03/2016 | 333.00 | Amtrak - Mullaney commute | 333.00 |
| 06/05/2016 | 30.00 | AT&T Cell Phone Plan | 30.00 |
| 06/07/2016 | 307.59 | Langham Place - Mullaney weekly NY hotel | 307.59 |
| 06/07/2016 | 28.00 | Parking Fees MA | 28.00 |
| 06/10/2016 | 162.61 | AT&T Cell Phone Plan | 162.61 |
| 06/11/2016 | 28.99 | WSJ Subscription | 28.99 |
| 06/12/2016 | 51.01 | Madison Bistro, NY restaurant | 51.01 |
| 06/13/2016 | 205.10 | Langham Place - Mullaney weekly NY hotel | 205.10 |
| 06/14/2016 | 38.11 | Langham Place - Mullaney weekly NY hotel | 38.11 |
| 06/14/2016 | 615.18 | Langham Place - Mullaney weekly NY hotel | 615.18 |
| 06/20/2016 | 27.72 | Boston Globe Subscription | 27.72 |
| 06/23/2016 | 106.00 | Amtrak - Mullaney commute | 106.00 |
| 06/23/2016 | 190.00 | Amtrak - Mullaney commute | 190.00 |
| 06/23/2016 | 83.84 | LaDuree | 83.84 |
| 06/25/2016 | 301.99 | The Back Eddy Restaurant, Westport, MA restaurant | 301.99 |
| 06/27/2016 | 77.06 | Madison Bistro, NY restaurant | 77.06 |
| 06/28/2016 | 307.59 | Langham Place - Mullaney weekly NY hotel | 307.59 |

| Date | Amount | Description | Amount |
|---|---:|---|---:|
| 06/28/2016 | 18.50 | Amtrak - Mullaney commute | 18.50 |
| 07/05/2016 | 30.00 | AT&T Cell Phone Plan | 30.00 |
| 07/08/2016 | 51.19 | Langham Place - Mullaney weekly NY hotel | 51.19 |
| 07/08/2016 | 615.18 | Langham Place - Mullaney weekly NY hotel | 615.18 |
| 07/08/2016 | 80.00 | Parking Fees MA | 80.00 |
| 07/09/2016 | 198.00 | Flight - New Bedford to Nantucket, Mullaney's wife | 198.00 |
| 07/09/2016 | 198.00 | Flight - New Bedford to Nantucket | 198.00 |
| 07/10/2016 | 242.66 | AT&T Cell Phone Plan | 242.66 |
| 07/11/2016 | 28.99 | WSJ Subscription | 28.99 |
| 07/13/2016 | 239.00 | Amtrak - Mullaney commute | 239.00 |
| 07/13/2016 | 338.00 | Amtrak - Mullaney commute | 338.00 |
| 07/14/2016 | 139.99 | Flight - Nantucket to Boston | 139.99 |
| 07/14/2016 | 139.99 | Flight - Nantucket to Boston, Mullaney's wife | 139.99 |
| 07/15/2016 | 7.62 | Langham Place - Mullaney weekly NY hotel | 7.62 |
| 07/15/2016 | 528.77 | Langham Place - Mullaney weekly NY hotel | 528.77 |
| 07/15/2016 | 18.50 | Amtrak - Mullaney commute | 18.50 |
| 07/18/2016 | 296.00 | Amtrak - Mullaney commute | 296.00 |
| 07/18/2016 | 27.72 | Boston Globe Subscription | 27.72 |
| 07/21/2016 | 42.47 | Langham Place - Mullaney weekly NY hotel | 42.47 |

| Date | Amount | Description | Amount |
|---|---:|---|---:|
| 07/21/2016 | 307.59 | Langham Place - Mullaney weekly NY hotel | 307.59 |
| 07/21/2016 | 18.50 | Amtrak - Mullaney commute | 18.50 |
| 07/24/2016 | 20.01 | Flight - Nantucket to Boston | 20.01 |
| 07/24/2016 | 20.01 | Flight - Nantucket to Boston, Mullaney's wife | 20.01 |
| 07/25/2016 | 220.00 | Amtrak - Mullaney commute | 220.00 |
| 07/25/2016 | 52.00 | Breezin Up, Nantucket restaurant | 52.00 |
| 07/25/2016 | 593.27 | The Galley Restaurant, Nantucket | 593.27 |
| 07/26/2016 | 450.59 | Cru Oyster Bar, Nantucket | 450.59 |
| 07/27/2016 | 1,200.00 | Endeavor Sailing, Nantucket | 1,200.00 |
| 07/27/2016 | 95.60 | The Galley Restaurant, Nantucket | 95.60 |
| 07/27/2016 | 476.25 | The Galley Restaurant, Nantucket | 476.25 |
| 07/28/2016 | 162.48 | Cliffside Beach Club, hotel, Nantucket | 162.48 |
| 07/28/2016 | 1,671.00 | Hertz, rental car, Nantucket, 7/25/16-7/28/16 | 1,671.00 |
| 07/28/2016 | 112.00 | Parking Fees MA | 112.00 |
| 08/04/2016 | 30.00 | AT&T Cell Phone Plan | 30.00 |
| 08/10/2016 | 334.00 | Amtrak - Mullaney commute | 334.00 |
| 08/10/2016 | 184.38 | AT&T Cell Phone Plan | 184.38 |
| 08/11/2016 | 28.99 | WSJ Subscription | 28.99 |
| 08/15/2016 | 27.72 | Boston Globe Subscription | 27.72 |
| 08/16/2016 | 10.88 | Langham Place - Mullaney weekly NY hotel | 10.88 |

| Date | Amount | Description | Amount |
|---|---:|---|---:|
| 08/16/2016 | 307.59 | Langham Place - Mullaney weekly NY hotel | 307.59 |
| 08/16/2016 | 18.50 | Parking Fees RI | 18.50 |
| 08/22/2016 | 149.94 | B&H Photo, computer equipment | 149.94 |
| 08/22/2016 | 477.74 | Zuma, NY Restaurant | 477.74 |
| 08/23/2016 | 44.00 | Parking Fees RI | 44.00 |
| 08/23/2016 | 57.71 | Langham Place - Mullaney weekly NY hotel | 57.71 |
| 08/23/2016 | 307.59 | Langham Place - Mullaney weekly NY hotel | 307.59 |
| 09/01/2016 | 333.00 | Amtrak - Mullaney commute | 333.00 |
| 09/03/2016 | 30.00 | AT&T Cell Phone Plan | 30.00 |
| 09/07/2016 | 116.90 | The Australian, NY restaurant | 116.90 |
| 09/09/2016 | 110.07 | Budget, rental car, 9/8/16-9/9/16, NY, Cullen funeral | 110.07 |
| 09/09/2016 | 42.47 | Langham Place, Mullaney weekly NY hotel | 42.47 |
| 09/09/2016 | 679.42 | Langham Place, Mullaney weekly NY hotel | 679.42 |
| 09/09/2016 | 42.00 | Parking Fees MA | 42.00 |
| 09/10/2016 | 166.23 | AT&T Cell Phone Plan | 166.23 |
| 09/11/2016 | 372.00 | Amtrak - Mullaney commute | 372.00 |
| 09/11/2016 | 28.99 | WSJ Subscription | 28.99 |
| 09/12/2016 | 27.72 | Boston Globe Subscription | 27.72 |
| 09/12/2016 | 743.20 | Flight - Boston to Philadelphia | 743.20 |
| 09/14/2016 | 307.59 | Langham Place, Mullaney weekly NY hotel | 307.59 |
| 09/14/2016 | 28.00 | Parking Fees MA | 28.00 |
| 09/27/2016 | 56.63 | Langham Place - Mullaney weekly NY hotel | 56.63 |

| Date | Amount | Description | Amount |
|---|---:|---|---:|
| 09/27/2016 | 307.59 | Langham Place - Mullaney weekly NY hotel | 307.59 |
| 09/27/2016 | 22.00 | Parking Fees DC | 22.00 |
| 09/28/2016 | 239.31 | Hertz, rental car, 9/27/16-9/28-16, rented and returned in DC | Amount corresponding to benefit that Mullaney received over and above reasonably equivalent value to Debtor to be determined by additional discovery, including expert discovery. |
| 09/28/2016 | 80.00 | Parking Fees MA | 80.00 |
| 10/02/2016 | 934.26 | Hertz, rental car, 9/30/16-10/2/16 | Amount corresponding to benefit that Mullaney received over and above reasonably equivalent value to Debtor to be determined by additional discovery, including expert discovery. |
| 10/03/2016 | 30.00 | AT&T Cell Phone Plan | 30.00 |
| 10/04/2016 | 314.00 | Amtrak - Mullaney commute | 314.00 |
| 10/05/2016 | 473.00 | Flight to Philadelphia, Pine Valley Trip | 473.00 |
| 10/06/2016 | 80.00 | Parking Fees MA, Pine Valley Trip | 80.00 |
| 10/10/2016 | 162.85 | AT&T Cell Phone Plan | 162.85 |
| 10/10/2016 | 27.72 | Boston Globe Subscription | 27.72 |
| 10/10/2016 | 53.00 | Parking Fees NY | 53.00 |
| 10/11/2016 | 28.99 | WSJ Subscription | 28.99 |
| 10/12/2016 | 4.36 | Langham Place - Mullaney weekly NY hotel | 4.36 |
| 10/12/2016 | 1,585.52 | Langham Place - Mullaney weekly NY hotel | 1,585.52 |
| 10/12/2016 | 104.00 | Parking Fees NY | 104.00 |
| 10/15/2016 | 253.00 | Amtrak - Mullaney commute | 253.00 |
| 10/18/2016 | 42.47 | Langham Place - Mullaney weekly NY hotel | 42.47 |

| Date | Amount | Description | Amount |
|---|---:|---|---:|
| 10/18/2016 | 422.33 | Langham Place - Mullaney weekly NY hotel | 422.33 |
| 10/18/2016 | 28.00 | Parking Fees MA | 28.00 |
| 10/20/2016 | 4,469.36 | Flight - Boston to Dhaka | Amount corresponding to benefit that Mullaney received over and above reasonably equivalent value to Debtor to be determined by additional discovery, including expert discovery. |
| 10/20/2016 | 4,469.36 | Flight - Boston to Dhaka, Mullaney's wife | 4,469.36 |
| 10/20/2016 | 4,469.36 | Flight - Boston to Dhaka, Mullaney's daughter | 4,469.36 |
| 10/20/2016 | 47.78 | Flight fees, Mullaney's wife | 47.78 |
| 10/20/2016 | 47.78 | Flight fees, Mullaney's daughter | 47.78 |
| 10/23/2016 | 232.00 | Amtrak - Mullaney commute | 232.00 |
| 10/25/2016 | 3,613.95 | Adorama, Inc. - camera | 3,613.95 |
| 10/25/2016 | 495.75 | Flight - NY to Boston, Mullaney commute | 495.75 |
| 10/26/2016 | 46.83 | Langham Place - Mullaney weekly NY hotel | 46.83 |
| 10/26/2016 | 892.57 | Langham Place - Mullaney weekly NY hotel | 777.91 ($892.57 minus $114.66 credit) |
| 10/26/2016 | 42.00 | Langham Place - Mullaney weekly NY hotel | 42.00 |
| 10/28/2016 | 400.00 | Amtrak - Mullaney commute | 400.00 |
| 11/01/2016 | 95.57 | Dock's Oyster Bar, NY restaurant | 95.57 |
| 11/02/2016 | 30.00 | AT&T Cell Phone Plan | 30.00 |
| 11/02/2016 | 13.07 | Langham Place - Mullaney weekly NY hotel | 13.07 |

| Date | Amount | Description | Amount |
|---|---:|---|---:|
| 11/02/2016 | 777.91 | Langham Place - Mullaney weekly NY hotel | 777.91 |
| 11/02/2016 | 42.00 | Parking Fees MA | 42.00 |
| 11/04/2016 | 960.00 | Passport Plus Visas - visas for Mullaney and family | 960.00 |
| 11/07/2016 | 27.72 | Boston Globe Subscription | 27.72 |
| 11/08/2016 | 400.00 | Amtrak - Mullaney commute | 400.00 |
| 11/10/2016 | 192.78 | AT&T Cell Phone Plan | 192.78 |
| 11/10/2016 | 4.36 | Langham Place - Mullaney weekly NY hotel | 4.36 |
| 11/10/2016 | 38.11 | Langham Place - Mullaney weekly NY hotel | 38.11 |
| 11/10/2016 | 365.00 | Langham Place - Mullaney weekly NY hotel | 365.00 |
| 11/10/2016 | 28.00 | Parking Fees MA | 28.00 |
| 11/10/2016 | 29.79 | UPS Store, Belmont, MA | 29.79 |
| 11/11/2016 | 28.99 | WSJ Subscription | 28.99 |
| 11/13/2016 | 377.00 | Amtrak - Mullaney commute | 377.00 |
| 11/16/2016 | 42.47 | Langham Place - Mullaney weekly NY hotel | 42.47 |
| 11/16/2016 | 365.00 | Langham Place - Mullaney weekly NY hotel | 365.00 |
| 11/16/2016 | 28.00 | Parking Fees MA | 28.00 |
| 11/23/2016 | 4,779.18 | Apple Online Store - new computer, Mullaney personal | 4,779.18 |
| 11/23/2016 | 67.01 | Taxi - NY, Mullaney personal | 67.01 |
| 11/24/2016 | 25.92 | Taxi - NY, Mullaney personal | 25.92 |

| Date | Amount | Description | Amount |
|---|---:|---|---:|
| 11/24/2016 | 57.73 | Taxi - NY, Mullaney personal | 57.73 |
| 11/29/2016 | 400.00 | Flight - Dhaka to Boston, change fee for Mullaney's daughter | 400.00 |
| 11/29/2016 | 400.00 | Flight - Dhaka to Boston, change fee | 400.00 |
| 11/29/2016 | 400.00 | Flight - Dhaka to Boston, change fee for Mullaney's wife | 400.00 |
| 11/30/2016 | 101.38 | Sonargaon Hotel, Bangladesh trip | 101.38 |
| 11/30/2016 | 1,009.46 | Sonargaon Hotel, Bangladesh trip | 1,009.46 |
| 12/01/2016 | 316.00 | Amtrak - Mullaney commute | 316.00 |
| 12/02/2016 | 30.00 | AT&T Cell Phone Plan | 30.00 |
| 12/02/2016 | 714.80 | Hotel Grand Park Baris, Bangladesh trip | 714.80 |
| 12/02/2016 | 296.70 | Le Meridien Dhaka, Bangladesh trip | 296.70 |
| 12/02/2016 | 629.17 | Le Meridien Dhaka, Bangladesh trip | 629.17 |
| 12/04/2016 | 74.36 | Best Buy, Watertown, MA - computer equipment | 74.36 |
| 12/05/2016 | 27.72 | Boston Globe Subscription | 27.72 |
| 12/06/2016 | 365.00 | Langham Place - Mullaney weekly NY hotel | 365.00 |
| 12/06/2016 | 28.00 | Parking fees MA | 28.00 |
| 12/09/2016 | 357.00 | Amtrak - Mullaney commute | 357.00 |
| 12/10/2016 | 20.00 | Amtrak - Mullaney commute | 20.00 |
| 12/10/2016 | 177.78 | AT&T Cell Phone Plan | 177.78 |

| Date | Amount | Description | Amount |
|---|---|---|---|
| 12/11/2016 | 28.99 | WSJ Subscription | 28.99 |
| 12/13/2016 | 365.00 | Langham Place - Mullaney weekly NY hotel | 365.00 |
| 12/15/2016 | 149.81 | Apple Store, Burlington, MA - computer equipment | 149.81 |
| 12/16/2016 | 40.03 | A I Friedman - frame for donor tribute | 40.03 |
| 12/16/2016 | 349.00 | Apple Online Store - computer equipment | 349.00 |
| 12/18/2016 | 400.00 | Amtrak - Mullaney commute | 400.00 |
| 12/20/2016 | 59.88 | Langham Place - Mullaney weekly NY hotel | 59.88 |
| 12/20/2016 | 365.00 | Langham Place - Mullaney weekly NY hotel | 365.00 |
| 12/20/2016 | 28.00 | Parking fees MA | 28.00 |
| 12/23/2016 | 104.13 | Apple Store, Burlington, MA - computer equipment | 104.13 |
| **Total** | | | **84,527.74** |

| | |
|---|---|
| TOTAL FOR ALL CATEGORIES | $~~384,973.8~~ |
| | ~~5~~95,725.04 |