# **EXHIBIT D**

EXHIBIT C

**Post-Petition American Express Payments**

**AmEx Payments**

| Date | Amount | Description | Recovery Sought |
|---|---|---|---|
| 1/1/2017 | 30.00 | AT&T Cell Phone Plan | 30.00 |
| 1/1/2017 | 378.47 | Hertz - rental car, FL, 12/24/16-01/01/17 | 378.47 |
| 1/2/2016 | 27.72 | Boston Globe Subscription | 27.72 |
| 1/2/2017 | 253.00 | Amtrak - Mullaney commute | 253.00 |
| 1/2/2017 | 400.00 | Amtrak - Mullaney commute | 400.00 |
| 1/5/2017 | 685.24 | Langham Place - Mullaney weekly NY hotel | 685.24 |
| 1/5/2017 | 56.61 | Langham Place - Mullaney weekly NY hotel | 56.61 |
| 1/5/2017 | 42.00 | Parking Fees MA | 42.00 |
| 1/5/2017 | 28.00 | Parking Fees MA | 28.00 |
| 1/10/2017 | 293.08 | AT&T Cell Phone Plan | 293.08 |
| 1/11/2017 | 70.12 | Taxi - Switzerland | Amount corresponding to benefit that Mullaney received over and above reasonably equivalent value to Debtor to be determined by additional discovery, including expert discovery. |
| 1/11/2017 | 79.22 | Taxi - London | Amount corresponding to benefit that Mullaney received over and above reasonably equivalent value to Debtor to be determined by additional discovery, including expert discovery. |
| 1/11/2017 | 28.99 | WSJ Subscription | 28.99 |
| 1/11/2017 | 554.95 | Sofitel Hotel, London | 276.00 |

EXHIBIT C

| Date | Amount | Description | Notes |
|---|---|---|---|
| 1/12/2017 | 430.99 | Steigenberger Bellerive au Lac Hotel, Switzerland | Amount corresponding to benefit that Mullaney received over and above reasonably equivalent value to Debtor to be determined by additional discovery, including expert discovery. |
| 1/12/2017 | 18.72 | Steigenberger Bellerive au Lac Hotel, Switzerland | Amount corresponding to benefit that Mullaney received over and above reasonably equivalent value to Debtor to be determined by additional discovery, including expert discovery. |
| 1/12/2017 | 96.00 | Parking Fees MA | Amount corresponding to benefit that Mullaney received over and above reasonably equivalent value to Debtor to be determined by additional discovery, including expert discovery. |
| 1/12/2017 | 71.91 | Taxi - Switzerland | Amount corresponding to benefit that Mullaney received over and above reasonably equivalent value to Debtor to be determined by additional discovery, including expert discovery. |
| 1/14/2017 | 400.00 | Amtrak - Mullaney commute | 400.00 |
| 1/17/2017 | 43.00 | Amtrak - Mullaney commute | 43.00 |
| 1/18/2017 | 335.00 | Langham Place - Mullaney weekly NY hotel | 335.00 |
| 1/18/2017 | 38.11 | Langham Place - Mullaney weekly NY hotel | 38.11 |
| 1/18/2017 | 28.00 | Parking Fees MA | 28.00 |
| 1/23/2017 | 316.00 | Amtrak - Mullaney commute | 316.00 |

| Date | Amount | Description | Amount |
|---|---|---|---|
| 1/24/2017 | 526.71 | Rocco Steakhouse Restaurant NY | 526.71 |
| 1/24/2017 | 22.00 | Amtrak - Mullaney commute | 22.00 |
| 1/25/2017 | 335.00 | Langham Place - Mullaney weekly NY hotel | 335.00 |
| 2/21/2017 | 27.72 | Boston Globe Subscription | 27.72 |
| 2/22/2017 | 335.00 | Langham Place - Mullaney weekly NY hotel | 335.00 |
| 2/22/2017 | 276.00 | Amtrak - Mullaney commute | 276.00 |
| 2/26/2017 | 521.95 | LinkedIn Subscription | 521.95 |
| 2/27/2017 | 27.72 | Boston Globe Subscription | 27.72 |
| 3/7/2017 | 335.00 | Langham Place - Mullaney weekly NY hotel | 335.00 |
| 3/7/2017 | 318.00 | Amtrak - Mullaney commute | 318.00 |
| 3/7/2017 | 28.00 | Parking Fees MA | 28.00 |
| 3/8/2017 | 44.00 | Langham Place - Mullaney weekly NY hotel | 44.00 |
| 3/10/2017 | 28.00 | Parking Fees MA | 28.00 |
| 3/10/2017 | 335.00 | Langham Place - Mullaney weekly NY hotel | 335.00 |
| 3/16/2017 | 276.00 | Amtrak - Mullaney commute | 276.00 |
| 3/22/2017 | 335.00 | Langham Place - Mullaney weekly NY hotel | 335.00 |
| 3/22/2017 | 28.00 | Parking Fees MA | 28.00 |
| 3/27/2017 | 27.72 | Boston Globe Subscription | 27.72 |
| 3/27/2017 | 297.00 | Amtrak - Mullaney commute | 297.00 |
| 3/29/2017 | 255.00 | Amtrak - Mullaney commute | 255.00 |
| 3/31/2017 | 28.00 | Parking Fees MA | 28.00 |

| Date | Amount | Description | Amount |
|---|---:|---|---:|
| 3/31/2017 | 6.53 | Langham Place - Mullaney weekly NY hotel | 6.53 |
| 3/31/2017 | 335.00 | Langham Place - Mullaney weekly NY hotel | 335.00 |
| 4/5/2017 | 255.00 | Amtrak - Mullaney commute | 255.00 |
| 4/7/2017 | 19.07 | Uber to Harvard Event | 19.07 |
| 4/12/2017 | 385.00 | Langham Place - Mullaney weekly NY hotel | 385.00 |
| 4/12/2017 | 16.33 | Langham Place - Mullaney weekly NY hotel | 16.33 |
| 4/12/2017 | 28.00 | Parking Fees MA | 28.00 |
| 4/17/2017 | 340.00 | Amtrak - Mullaney commute | 340.00 |
| 4/20/2017 | 470.15 | Langham Place - Mullaney weekly NY hotel | 470.15 |
| 4/20/2017 | 28.00 | Parking Fees MA | 28.00 |
| 4/21/2017 | 338.00 | Amtrak - Mullaney commute | 338.00 |
| 4/24/2017 | 27.72 | Boston Globe Subscription | 27.72 |
| 4/25/2017 | 385.00 | Langham Place - Mullaney weekly NY hotel | 385.00 |
| 4/25/2017 | 28.00 | Parking Fees MA | 28.00 |
| 4/27/2017 | 297.00 | Amtrak - Mullaney commute | 297.00 |
| 5/2/2017 | 400.13 | Zuma Restaurant, NY | Amount corresponding to benefit that Mullaney received over and above reasonably equivalent value to Debtor to be determined by additional discovery, including expert discovery. |
| 5/4/2017 | 42.00 | Parking Fees MA | 42.00 |
| 5/4/2017 | 770.00 | Langham Place - Mullaney weekly NY hotel | 770.00 |
| 5/7/2017 | 32.99 | WSJ Subscription | 32.99 |

| Date | Amount | Description | Amount |
|---:|---:|---|---:|
| 5/9/2017 | 105.48 | Amazon.com - Office Supplies | 105.48 |
| 5/9/2017 | 361.00 | Amtrak - Mullaney commute | 361.00 |
| 5/10/2017 | 250.48 | AT&T Cell Phone Plan | 250.48 |
| 5/11/2017 | 385.00 | Langham Place - Mullaney weekly NY hotel | 385.00 |
| 5/11/2017 | 28.00 | Parking Fees MA | 28.00 |
| 5/16/2017 | 317.00 | Amtrak - Mullaney commute | 317.00 |
| 5/18/2017 | 49.00 | Langham Place - Mullaney weekly NY hotel | 49.00 |
| 5/18/2017 | 385.00 | Langham Place - Mullaney weekly NY hotel | 385.00 |
| 5/18/2017 | 28.00 | Parking Fees MA | 28.00 |
| 5/22/2017 | 27.72 | Boston Globe Subscription | 27.72 |
| 6/8/2017 | 32.99 | WSJ Subscription | 32.99 |
| 6/8/2017 | 284.00 | Amtrak - Mullaney commute | 284.00 |
| 6/10/2017 | 198.68 | AT&T Cell Phone Plan | 198.68 |
| 6/14/2017 | 385.00 | Langham Place - Mullaney weekly NY hotel | 385.00 |
| 6/14/2017 | 1.08 | Langham Place - Mullaney weekly NY hotel | 1.08 |
| 6/14/2017 | 4.36 | Langham Place - Mullaney weekly NY hotel | 4.36 |
| 6/14/2017 | 44.00 | Parking Fees RI | 44.00 |
| 6/16/2017 | 325.00 | Amtrak - Mullaney commute | 325.00 |
| 6/20/2017 | 19.00 | Train to RI | 19.00 |
| 6/20/2017 | 385.00 | Langham Place - Mullaney weekly NY hotel | 385.00 |
| 6/22/2017 | 325.00 | Amtrak - Mullaney commute | 325.00 |
| 6/27/2017 | 19.00 | Train to RI | 19.00 |

| Date | Amount | Description | Amount |
|---|---:|---|---:|
| 6/27/2017 | 385.00 | Langham Place - Mullaney weekly NY hotel | 385.00 |
| 6/27/2017 | 9.80 | Langham Place - Mullaney weekly NY hotel | 9.80 |
| 7/8/2017 | 303.00 | Amtrak - Mullaney commute | 303.00 |
| 7/8/2017 | 32.99 | WSJ Subscription | 32.99 |
| 7/10/2017 | 181.05 | AT&T Cell Phone Plan | 181.05 |
| 7/12/2017 | 44.00 | Parking Fees RI | 44.00 |
| 7/12/2017 | 355.00 | Langham Place - Mullaney weekly NY hotel | 355.00 |
| 7/12/2017 | 47.91 | Langham Place - Mullaney weekly NY hotel | 47.91 |
| 7/13/2017 | 283.00 | Amtrak - Mullaney commute | 283.00 |
| 7/24/2017 | 244.00 | Amtrak - Mullaney commute | 244.00 |
| 7/31/2017 | 58.29 | Amazon - merchandise | 58.29 |
| 7/31/2017 | 239.14 | Zuma Restaurant NY | 239.14 |
| 8/1/2017 | 355.00 | Langham Place - Mullaney weekly NY hotel | 355.00 |
| 8/1/2017 | 20.69 | Langham Place - Mullaney weekly NY hotel | 20.69 |
| 8/1/2017 | 19.00 | Train to RI | 19.00 |
| 8/5/2017 | 284.00 | Amtrak - Mullaney commute | 284.00 |
| 8/8/2017 | 32.99 | WSJ Subscription | 32.99 |
| 8/8/2017 | 219.00 | I Trulli Restaurant NYC | 219.00 |
| 8/9/2017 | 355.00 | Langham Place - Mullaney weekly NY hotel | 355.00 |
| 8/9/2017 | 56.63 | Langham Place - Mullaney weekly NY hotel | 56.63 |
| 8/9/2017 | 44.00 | Parking Fees RI | 44.00 |
| 8/10/2017 | 166.00 | AT&T Cell Phone Plan | 166.00 |

| Date | Amount | Description | Total |
|---|---|---|---|
| 8/14/2017 | 284.00 | Amtrak - Mullaney commute | 284.00 |
| 8/17/2017 | 66.00 | Parking Fees RI | 66.00 |
| 8/18/2017 | 1112.91 | Langham Place - Mullaney weekly NY hotel | 1112.91 |
| 8/26/2017 | 297.00 | Amtrak - Mullaney commute | 297.00 |
| 8/30/2017 | 7.00 | Parking Fees MA | 7.00 |
| 8/31/2017 | 355.00 | Langham Place - Mullaney weekly NY hotel | 355.00 |
| 9/5/2017 | 317.00 | Amtrak - Mullaney commute | 317.00 |
| 9/7/2017 | 28.00 | Parking Fees MA | 28.00 |
| 9/8/2017 | 32.99 | WSJ Subscription | 32.99 |
| 9/8/2017 | 317.00 | Amtrak - Mullaney commute | 317.00 |
| 9/10/2017 | 181.00 | AT&T Cell Phone Plan | 181.00 |
| 9/12/2017 | 425.00 | Langham Place - Mullaney weekly NY hotel | 425.00 |
| 9/12/2017 | 10.89 | Langham Place - Mullaney weekly NY hotel | 10.89 |
| 9/12/2017 | 28.00 | Parking Fees MA | 28.00 |
| 9/22/2017 | 297.00 | Amtrak - Mullaney commute | 297.00 |
| 9/25/2017 | 7.00 | Parking Fees MA | 7.00 |
| **Total** | | | **23,330.90** |

| TOTAL FOR ALL CATEGORIES | $23,330.90 |
|---|---|

EXHIBIT
Exhibit
~~D~~H

**Post-Petition ~~Transfers~~Transfer to Mullaney**

**Mullaney Salary ~~and Bonus Payments~~(Unearned)**

| Payment Date | Payment Type | Amount |
|---|---|---|
| ~~Sep-17~~ | ~~Salary (per Employment Agreement)~~ | ~~237,550.00~~ |
| Oct-17 | Salary (per Employment Agreement) | ~~158,283.32~~ **158,333.32** |
| TOTAL | | ~~395,833.32~~ **158,333.32** |

~~**Other Expenses**~~

| ~~Payment Date~~ | ~~Ledger Note~~ | ~~Amount~~ |
|---|---|---|
| ~~2/28/2017~~ | ~~Payment to Mullaney~~ | ~~942.48~~ |
| ~~TOTAL~~ | | ~~942.48~~ |

~~**American Express Expenses**~~

| ~~Payment Date Range~~ | ~~Payment Type~~ | ~~Amount~~ |
|---|---|---|
| ~~12/28/2016 - 9/26/2017~~ | ~~American Express~~ | ~~59,517.70~~ |
| ~~TOTAL~~ | | ~~59,517.70~~ |

| TOTAL FOR ALL CATEGORIES | $~~456,293.50~~ **158,333.32** |
|---|---|